```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675055872
Cashier ID: althea2
Transaction Date: 08/07/2019
Payer Name: Marita Anne Dellaquila
----------------------------------
CIVIL FILING FEE
 For: Marita Anne Dellaquila
 Amount:         $400.00
----------------------------------
CREDIT CARD
 Amt Tendered:  $400.00
----------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:      $0.00

3:19-cv-0679
```