IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:19-cv-0679 ) |
| WAYNE LaPIERRE, the NATIONAL RIFLE ASSOCIATION OF AMERICA, a New York not-for-profit corporation, and the NRA FOUNDATION, INC., a Washington, D.C. not-for-profit corporation, | ) JUDGE CAMPBELL ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

David Dell'Aquila[1] brings suit on behalf of himself and a purported class against Wayne LaPierre, the National Rifle Association of America, and the NRA Foundation, Inc., invoking the Court's diversity jurisdiction over his state law fraud claims. He has paid in full the $400.00 filing fee.

This action is **REFERRED** to the magistrate judge to oversee service of process on the defendants, to enter a scheduling order for the management of the case, to dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and to conduct further proceedings, if necessary, under Rule 72(b) of the Federal Rules of Civil Procedure and the Local Rules of Court.

---

[1] The Complaint states that suit is brought "by and through counsel" (Doc. No. 1, at 1), but it was signed by Dell'Aquila, and no attorney has yet entered an appearance. At this juncture, it appears that Plaintiff proceeds pro se.

Plaintiff is notified that **he is responsible for effecting service of process on the defendants** in accordance with the Rule 4 of the Federal Rules of Civil Procedure. Forms and more information about service of process are available on the Court's website: www.tnmd.uscourts.gov/. In addition, the Federal Rules of Civil Procedure are available on line: http://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure.

Plaintiff is further notified that he **MUST** keep the Court informed at all times of his current address. Failure to do so may result in dismissal of this action for failure to prosecute.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE