IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

DAVID DELL'AQUILA, on behalf of
himself and all others similarly situated,

Case No. 3:19-cv-00679

Plaintiffs,

v.

WAYNE LaPIERRE, the NATIONAL
RIFLE ASSOCIATION OF AMERICA, a
New York not-for-profit corporation, and
the NRA FOUNDATION, INC., a
Washington, D.C. not-for-profit
corporation,

Defendants.

## RETURN OF SERVICE

The Plaintiff, David Dell'Aquila, files this Return of Service, and in support hereof, states as follows:

Attached, as Exhibit A, is a return of service for Defendant, Wayne LaPierre.

Respectfully submitted,

By: /s/ David Dell'Aquila
David Dell'Aquila

862 Bresslyn Road
Nashville, TN 37205
Phone: (615) 924-4295
E-mail: daquila862@gmail.com

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| David Dell'Aquila, on behalf of himself and all others similarly situated, ) ) ) *Plaintiff* ) ) v. ) Wayne LaPierre, the National Rifle Association ) of America, and the NRA Foundation, Inc., ) ) *Defendant* ) | Civil Action No. 3:19-cv-00679 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Wayne LaPierre
> c/o National Rifle Assocation of America
> 11250 Waples Mill Road
> Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID DELL'AQUILA
862 BRESSLYN RD
NASHVILLE, TN 37205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/11/19

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No. 3:19-CV-00679

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WAYNE LAPIERRE C/O NATIONAL RIFLE ASSOCIATION OF AMERICA was received by me on *(date)* Oct 22, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jane Doe , who is designated by law to accept service of process on behalf of *(name of organization)* WAYNE LAPIERRE C/O NATIONAL RIFLE ASSOCIATION OF AMERICA on *(date)* Wed, Oct 30 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/01/2019

*Luis Fernandez* (signature)

*Server's signature*

Luis Fernandez, Process Server

*Printed name and title*

1800 Diagonal Rd. Ste. 600, Alexandria, VA 22314

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 30, 2019, 4:10 pm EDT at 11250 WAPLES MILL RD, FAIRFAX, VA 22030-6032 received by Jane Doe. Age: 30; Ethnicity: Hispanic; Gender: Female; Weight: 165; Height: 5'8"; Hair: Brown; Eyes: Brown; Relationship: Paralegal ;
Went to provided address. A woman came down after the front desk security called but refused to give me her name. She said her occupation was paralegal.