# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| David Dell'Aquila, on behalf of himself and all others similarly situated, | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 3:19-cv-00679 |
| Wayne LaPierre, the National Rifle Association of America, and the NRA Foundation, Inc., | ) ) ) | |
| *Defendant* | ) | |

FILED 2019 NOV -5 PM 12:29 U.S. DISTRICT COURT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

National Rifle Assocation of America
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID DELL' AQUILA
862 BRESSLYN RD
NASHVILLE, TN 37205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/11/19

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

United States District Court
For the Middle District of Tennessee

David Dell'Aquila, on behalf of himself and all others similarly situated,

                              Plaintiff,

-against-

Wayne LaPiere, the National Rifle Association of America, and the NRA Foundation, Inc.,

                              Defendant.

AFFIDAVIT OF SERVICE
Civil Action No. 3:19-cv-00679
Date Filed 8/6/2019

State of New York )
                  ss:
County of Albany )

Derrick S. Maul Jr., being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on October 21, 2019 at approximately 3:25 PM deponent served the following specific papers: Civil Complaint, Amended Civil Complaint, and Summons in a Civil Action, that the party served was National Rifle Association of America, one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the registered agent authorized by appointment, Corporation Service Company, located at 80 State Street, 10th Floor, in the City of Albany, New York by delivering to and leaving the papers with A Legal Representative of CSC, a white female with blonde hair, being approximately 46-55 years of age; height of 5'6" - 5'9", weight of 130-160 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

                                                                        Derrick S. Maul Jr.

Sworn to before me this 21ST day of October, 2019

Vera B. Ray
Notary Public — State of New York
Qualified in Albany County
Registration No. 01RA6133233
Commission Expires: 09-12-2021

Civil Action No. 3:19-cv-00679

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* A LEGAL REPRESENTATIVE of CSC , who is
designated by law to accept service of process on behalf of *(name of organization)* NATIONAL RIFLE
ASSOC. VIA CORPORATE SERVICE CO. on *(date)* Oct. 21, 2019; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: