AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| David Dell'Aquila, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*<br><br>v.<br>Wayne LaPierre, the National Rifle Association of America, and the NRA Foundation, Inc.,<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 3:19-cv-00679<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NRA Foundation, Inc.
c/o Corporation Service Company
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID DELL'AQUILA
862 BRESSLYN RD
NASHVILLE, TN 37205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/11/19

*Signature of Clerk or Deputy Clerk*

RETURN COPY

Civil Action No. 3:19-CV-00679

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>NRA Foundation, Inc.C/O CORPORATION SERVICE COMPANY</u> was received by me on *(date)* <u>Oct 22, 2019</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Max Schriner</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>NRA Foundation, Inc.C/O CORPORATION SERVICE COMPANY</u> on *(date)* <u>Fri, Oct 25 2019</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/29/2019

*Server's signature*

Luis Fernandez, Process Server

*Printed name and title*

1800 Diagonal Rd. Ste. 600, Alexandria, VA 22314

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 25, 2019, 3:55 pm EDT at 1090 VERMONT AVE NW, WASHINGTON, DC 20005-4900 received by Max Schriner. Age: 33; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'10"; Hair: Brown; Eyes: Brown; Relationship: Litigation Management ;