# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

DAVID DELL'AQUILA
*Plaintiff*
v.       Case No. 3:19-cv-00679
WAYNE LaPIERRE, et al
*Defendant*

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wayne LaPierre and The National Rifle Association of America.

Date:     11/08/2019

s/ W. Allen McDonald
*Attorney's signature*

W. Allen McDonald, 016210 (Tennessee)
*Printed name and bar number*
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd.
Suite 101
Knoxville, TN  37923
*Address*

amcdonald@lpwpc.com
*E-mail address*

(865) 246-0800
*Telephone number*

(865) 690-8199
*FAX number*

## CERTIFICATE OF SERVICE

      I do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's electronic filing system. A copy was also sent via U.S. Mail to the following:

DAVID DELL'AQUILA
862 BRESSLYN RD.
NASHVILLE, TN 37205

Date: November 8, 2019

                                                   */s/ W. Allen McDonald*
                                                   W. Allen McDonald