IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

David Dell'Aquila, on behalf of himself and all others similarly situated,
    Plaintiff(s),

v.

Wayne LaPierre, the National Rifle Association, and the NRA Foundation, Inc.,
    Defendant(s).

Case No. 3:19-cv-00679

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, <u>The National Rifle Association of America</u> makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

[x] This party is a public not-for-profit corporation or other publicly held entity, incorporated in <u>New York</u> and with a principal place of business in <u>Virginia</u>.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

 If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

 If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

 If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

 If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 11/8/2019 Signature: s/ W. Allen McDonald

 Printed Name: W. Allen McDonald

 Title: Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2019, I caused the foregoing to be served via ECF and first-class mail upon:

David Dell'Aquila
862 Bresslyn Road,
Nashville, TN 37205

*Plaintiff, Pro se*

                              W. Allen McDonald
                              Print Name (Bar No. 016210)