UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00679 |
| | ) | |
| WAYNE LAPIERRE, the NATIONAL RIFLE ASSOCIATION OF AMERICA, and the NRA FOUNDATION, INC. | ) ) ) | Judge Campbell Magistrate Frensley |
| | ) | |
| Defendants. | ) | |

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that William J. Harbison II ("Jay") of Neal & Harwell, PLC, hereby enters his appearance on behalf of Defendant NRA Foundation, Inc., without waiving objections to personal jurisdiction, and requests that all pleadings filed in this matter be served upon him at the address set forth below.

Dated:        November 11, 2019          Respectfully Submitted,

**NEAL & HARWELL, PLC**

  */s/ William J. Harbison II*
Aubrey B. Harwell, Jr. (BPR # 2559)
John E. Quinn (BPR # 12220)
William J. Harbison II (BPR # 33330)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
jquinn@nealharwell.com
jharbison@nealharwell.com

*Counsel for Defendant NRA Foundation, Inc.*

## CERTIFICATE OF SERVICE

I, William J. Harbison II, one of the attorneys for Defendant NRA Foundation, Inc., certify

that I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of

the Court on November 11, 2019, using the CM/ECF system, which will send notification to all

counsel of record, and sent a copy of the same to the *pro se* Plaintiff via U.S. Mail to the address

below:

David Dell'Aquila
862 Bresslyn Road
Nashville, TN 37205
(615) 924-4295
daquila862@gmail.com

*Plaintiff (Pro Se)*

  */s/ William J. Harbison II*