# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| DAVID DELL'AQUILA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:19-cv-00679 |
| WAYNE LaPIERRE, et al ) | |
| *Defendant* ) | |

AMENDED AND CORRECTED
**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Rifle Association of America. This filing amends and corrects the prior appearance of counsel [Doc. 10] that indicated that the undersigned currently represents Defendant Wayne LaPierre. National Rifle Association of America does not waive and specifically reserves any defense to personal jurisdiction in this Court.

Date:  11/11/2019

s/ W. Allen McDonald
*Attorney's signature*

W. Allen McDonald 016210 (Tennessee)
*Printed name and bar number*
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd.
Suite 101
Knoxville, TN 37923

*Address*

amcdonald@lpwpc.com
*E-mail address*

(865) 246-0800
*Telephone number*

(865) 690-8199
*FAX number*

## CERTIFICATE OF SERVICE

       I do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's electronic filing system. A copy was also sent via U.S. Mail to the following:

DAVID DELL'AQUILA
862 BRESSLYN RD.
NASHVILLE, TN 37205

Date: November 11, 2019

                                                   */s/ W. Allen McDonald*
                                                   W. Allen McDonald