Motion GRANTED.
Extension to 12/30/2019

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:19-cv-00679 |
| WAYNE LAPIERRE, the NATIONAL RIFLE ASSOCIATION OF AMERICA, and the NRA FOUNDATION, INC. | ) ) ) ) ) | Judge Campbell Magistrate Frensley |
| Defendants. | ) | |

### NRA FOUNDATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant NRA Foundation, Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 6(b)(1) and LR 6.01(a), respectfully moves this Court for an extension of time up to and including December 30, 2019 to answer or otherwise respond to Plaintiff's Amended Complaint (D.E. 5). In support of its Motion, Defendant NRA states as follows:

1. Defendant was served with a copy of Plaintiff's Amended Complaint on October 25, 2019, making the default response deadline November 15, 2019. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

2. Undersigned counsel has just recently been retained by Defendant and respectfully needs additional time to prepare and file a responsive pleading to Plaintiff's Amended Complaint.

3. On November 8, 2019, undersigned counsel communicated with the *pro se* Plaintiff, who does not oppose this Motion.

For these reasons, Defendant respectfully requests the Court grant this Motion and grant it