UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE LaPIERRE, THE NATIONAL RIFLE ASSOCIATION OF AMERICA, and THE NRA FOUNDATION, INC.,<br><br>Defendants. | Case No. 3:19-cv-00679<br><br>**JUDGE WILLIAM L. CAMPBELL, JR.**<br><br>**MAG. JUDGE JEFFERY S. FRENSLEY** |

## MOTION TO APPEAR *PRO HAC VICE*

I, W. Allen McDonald, an active member in good standing of the bar of the U.S. District Court for the Middle District of Tennessee, request that this Court admit *pro hac vice* William A. Brewer, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Southern District of New York, but not admitted to the bar of this Court. He will serve as counsel for Defendant the National Rifle Association of America in the above-captioned case. In support of this motion, submitted are the Declaration of William A. Brewer in Support of *Pro Hac Vice* Motion and a Certificate of Good standing from the U.S. District Court for the Southern District of New York, as required by Local Rule 83.01(b).

[ 1 ]

Respectfully Submitted,

Dated:  November 12, 2019

s/ *W. Allen McDonald*
W. Allen McDonald, Esq.
Lacy, Price & Wagner, P.C.
249 N. Peters Road
Suite 101
Knoxville, TN 37923-4917
Tel: 865-246-0800

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's electronic filing system.  A copy was also sent via U.S. Mail to the following:

DAVID DELL'AQUILA
862 BRESSLYN RD.
NASHVILLE, TN  37205

Date:  November 12, 2019

 */s/ W. Allen McDonald*
W. Allen McDonald

[ 2 ]

Case 3:19-cv-00679   Document 19   Filed 11/12/19   Page 2 of 2 PageID #: 71