# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | ) ) ) ) Case No. 3:19-cv-00679 |
| Plaintiff, | ) ) |
| v. | ) **JUDGE WILLIAM L.** |
| WAYNE LaPIERRE, THE NATIONAL RIFLE ASSOCIATION OF AMERICA, and THE NRA FOUNDATION, INC., | ) **CAMPBELL, JR.** ) ) **MAG. JUDGE JEFFERY S.** ) **FRENSLEY** |
| Defendants. | ) |

## DECLARATION OF WILLIAM A. BREWER
## IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, William A. Brewer, pursuant to Local Rule 83.01(b) for the United States District Court for the Middle District of Tennessee, hereby declare under penalty of perjury that the following facts are true and correct:

1. My full name is William A. Brewer and I am an attorney at the law firm of Brewer, Attorneys & Counselors, with the following contact information:

> 750 Lexington Ave
> 14th Floor
> New York City, NY 10022
> Office: 212.527.3024
> Fax: 212.751.2849
> wbb@brewerattorneys.com

2. I seek to appear as counsel for Defendant the National Rifle Association of America in the above-captioned action.

1

3. I am not a resident of this District, nor do I maintain an office in this District for the practice of law.

4. I will serve as co-counsel with W. Allen McDonald of Lacy, Price & Wagner, P.C., 249 N. Peters Road, Suite 101, Knoxville, TN 37923-4917.

5. I am a member of the United States District Court for the Southern District of New York.

6. I am in good standing as a member of the New York bar; have never been suspended, disbarred, or otherwise disciplined by any such bar; and am not subject to any disciplinary proceedings in any such bar.

6. Attached is a Certificate of Good Standing from the U.S. District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 12, 2019

s/ *William A. Brewer*
William A. Brewer