# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

WILLIAM ANDREW BREWER , Bar # WB0324

was duly admitted to practice in the Court on

June 19, 2018

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. On November 6, 2019
New York, New York

By

Ruby J. Krajick
Clerk of Court

Deputy Clerk