IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| - against - | ) No: 3:19-cv-00679 ) Judge William L. Campbell Jr. ) |
| WAYNE LAPIERRE, NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC. | ) Magistrate Judge Jefferey S. Frensley ) ) ) |
| Defendants. | ) ) |

## THE NRA'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendant the National Rifle Association of America (the "NRA"), by and through the undersigned counsel, hereby moves to dismiss Plaintiffs' Amended Complaint in its entirety for failure to state a claim for relief pursuant to Federal Rule of Civil Procedure 12(b)(6) and for failure to comply with the heighted pleading requirements of Federal Rule of Civil Procedure 9(b). This Motion is based upon the NRA's supporting memorandum of law, the arguments of counsel, and all of the files, records and proceedings therein.

By:     */s/ W. Allen McDonald*
LACY, PRICE & WAGNER PC
W. Allen McDonald
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
(865)-246-0800

BREWER, ATTORNEYS & COUNSELORS
William A. Brewer (*pro hac vice* motion pending)
750 Lexington Avenue, 14th Floor
New York, NY 10022
(212)-489-1400

ATTORNEYS FOR THE NATIONAL
RIFLE ASSOCIATION OF AMERICA

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's electronic filing system. A copy was also sent via U.S. Mail to the following:

DAVID DELL'AQUILA
862 BRESSLYN RD.
NASHVILLE, TN 37205

Date: November 12, 2019

                                         */s/ W. Allen McDonald*
                                         W. Allen McDonald