# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

WILLIAM ANDREW BREWER , Bar # WB0324

was duly admitted to practice in the Court on

June 19, 2018

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.          On          November 6, 2019
New York, New York

Ruby J. Krajick          By
Clerk of Court                          Deputy Clerk