## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

David Dell'Aquila

                    Plaintiff,

v.                                                     Case No.: 3:19–cv–00679

Wayne LaPierre, et al.

                    Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 19) of William A. Brewer is GRANTED.

                                                                  s/ Kirk L. Davies, Clerk of Court