# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| DAVID DELL'AQUILA<br>*Plaintiff*<br>v.<br>WAYNE LAPIERRE, et al<br>*Defendant* | Case No. 3:19-cv-00679 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wayne LaPierre. Mr. LaPierre does not waive and specifically reserves defense to jurisdiction in this court .

Date: 11/20/2019

s/ W. Allen McDonald
*Attorney's signature*

W. Allen McDonald, TN 016210
*Printed name and bar number*
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd
Suite 101
Knoxville, TN 37923

*Address*

amcdonald@lpwpc.com
*E-mail address*

(865) 246-0800
*Telephone number*

(865) 690-8199
*FAX number*