# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No: 3:19-cv-00679 <br> Judge William L. Campbell Jr. |
| WAYNE LAPIERRE, NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC. ) ) ) ) | Magistrate Judge Jefferey S. Frensley |
| Defendants. ) | |

## WAYNE LAPIERRE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Wayne LaPierre, pursuant to Fed. R. Civ. P. 6(b)(1) and LR 6.01(a), respectfully moves this Court for an extension of time up to and including December 16, 2019 to answer or otherwise respond to Plaintiff's Amended Complaint (D.E. 5). In Support of its Motion, Defendant states as follows:

1. Before November 15, 2019, Plaintiff attempted to effect service of the Summons and Complaint in this action upon Mr. LaPierre but was unsuccessful in accomplishing service.

2. Mr. LaPierre authorized Brewer, Attorneys & Counselors to accept service on his behalf.

3. On November 14, 2019, Brewer, Attorneys & Counselors communicated to Mr. Dell'Aquila that it was authorized to accept service on Mr. LaPierre's behalf.

4. On November 15, 2019, Plaintiff sent the Summons and Amended Complaint to Brewer, Attorneys & Counselors, and Brewer, Attorneys & Counselors accepted service on Mr. LaPierre's behalf, making the default response deadline December 6, 2019.

5. Undersigned counsel has recently been retained to represent Mr. LaPierre and respectfully requests additional time to prepare and file a responsive pleading to Plaintiff's Amended Complaint.

6. On November 15, 2019, counsel for Mr. LaPierre communicated with *pro se* Plaintiff, who stated that he agreed to an extension until December 16, 2019 and does not oppose this motion.

For these reasons, Defendant Wayne LaPierre respectfully requests that the Court grant this Motion and grant him an extension of time up to and including December 16, 2019 to answer or otherwise respond to Plaintiff's Amended Complaint.

Dated: November 20, 2019

By:    */s/ W. Allen McDonald*
LACY, PRICE & WAGNER PC
W. Allen McDonald
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
(865)-246-0800

BREWER, ATTORNEYS & COUNSELORS
William A. Brewer (admitted *pro hac vice*)
750 Lexington Avenue, 14th Floor
New York, NY 10022
(212)-489-1400

*ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA AND WAYNE LAPIERRE*

## CERTIFICATE OF SERVICE

       I do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's electronic filing system. A copy was also sent via U.S. Mail to the following:

DAVID DELL'AQUILA
862 BRESSLYN RD.
NASHVILLE, TN 37205

Date: November 20, 2019

                                                              */s/ W. Allen McDonald*
                                                              W. Allen McDonald