Motion GRANTED.
Extension to 12/16/2019.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WAYNE LAPIERRE, NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC. <br><br> Defendants. | No: 3:19-cv-00679 <br> Judge William L. Campbell Jr. <br><br> Magistrate Judge Jefferey S. Frensley |

## WAYNE LAPIERRE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Wayne LaPierre, pursuant to Fed. R. Civ. P. 6(b)(1) and LR 6.01(a), respectfully moves this Court for an extension of time up to and including December 16, 2019 to answer or otherwise respond to Plaintiff's Amended Complaint (D.E. 5). In Support of its Motion, Defendant states as follows:

1. Before November 15, 2019, Plaintiff attempted to effect service of the Summons and Complaint in this action upon Mr. LaPierre but was unsuccessful in accomplishing service.

2. Mr. LaPierre authorized Brewer, Attorneys & Counselors to accept service on his behalf.

3. On November 14, 2019, Brewer, Attorneys & Counselors communicated to Mr. Dell'Aquila that it was authorized to accept service on Mr. LaPierre's behalf.

4. On November 15, 2019, Plaintiff sent the Summons and Amended Complaint to Brewer, Attorneys & Counselors, and Brewer, Attorneys & Counselors accepted service on Mr. LaPierre's behalf, making the default response deadline December 6, 2019.