IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | Case No. 3:19-cv-00679 |
| Plaintiffs, | |
| v. | Judge William L. Campell, Jr. |
| WAYNE LaPIERRE, the NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC., | Magistrate Jefferey S. Frensley |
| Defendants. | |

## MOTION OF DAVID DELL'AQUILA FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

The Plaintiff, David Dell'Aquila, files this Motion for Extension of Time to File Responsive Pleading. In support hereof, the Plaintiff states as follows:

### Background

1. The movant, David Dell'Aquila, is the plaintiff in the above-captioned case.

2. The National Rifle Association ("NRA") has filed a motion to dismiss portions of the complaint pursuant to Rule 12(b)(6).

3. Pursuant to Local Rule 7.01(a)(3), the Plaintiff's response to the motion is due today, November 26, 2019.

4. Mr. Dell'Aquila has retained counsel in this case. Such counsel, attorney Elliott J. Schuchardt, is currently scheduled to be sworn in before the Court on December 16, 2019.

5. Mr. Dell'Aquila respectfully requests an extension until December 20, 2019 to file a response to the NRA's motion.

6. Attorney Schuchardt is new to this case and needs time to review the pleadings, to research the issues, and to prepare a brief in opposition to the NRA's motion. In addition, this is a holiday-shortened week, which imposes further time pressure upon the parties.

7. Two of the defendants -- the NRA Foundation and Wayne LaPierre -- have already moved for an extension of time to respond to the complaint. Plaintiff Dell'Aquila has not opposed their requests. Mr. LaPierre's response to the complaint is not due until December 16, 2019. The NRA Foundation's response is not due until December 30, 2019. Thus, the extension requested by Dell'Aquila is consistent with the other time periods in the case.

WHEREFORE, for the reasons set forth above, David Dell'Aquila respectfully requests an extension of time until December 20, 2019 to file a response to the NRA's pending motion.

Respectfully submitted,

By: *David Dell'Aquila*
David Dell'Aquila

862 Bresslyn Road
Nashville, TN 37205
Phone: (615) 924-4295
E-mail: daquila862@gmail.com

## CERTIFICATE OF SERVICE

I, David Dell'Aquila, hereby certify that I served a true and correct copy of the foregoing motion on the following parties on this 26th day of November 2019 by means of the Court's CM / ECF system:

William A. Brewer, Esq.
Email: wbb@brewerattorneys.com
*Counsel for Wayne LaPierre and
National Rifle Association*

Wallace A. McDonald
Email: amcdonald@lpwpc.com
*Counsel for Wayne LaPierre and
National Rifle Association*

Aubrey B. Harwell , Jr., Esq.
Email: aharwell@nealharwell.com
*Counsel for NRA Foundation, Inc.*

John E. Quinn
Email: jquinn@nealharwell.com
*Counsel for NRA Foundation, Inc.*

William J. Harbison , II, Esq.
Email: jharbison@nealharwell.com
*Counsel for NRA Foundation, Inc.*

_____
David Dell'Aquila