IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | Case No. 3:19-cv-00679 |
| Plaintiffs, | |
| v. | Judge William L. Campell, Jr. |
| WAYNE LaPIERRE, the NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC., | Magistrate Jefferey S. Frensley |
| Defendants. | |

## ORDER

THIS MATTER came before the Court on the ___ day of November 2019 on the motion of the Plaintiff, David Dell'Aquila, to file a responsive pleading to the NRA's motion to dismiss portions of the complaint.

After having reviewed the motion, it is hereby ORDERED as follows:

Plaintiff David Dell'Aquila's response to the NRA's pending motion to dismiss is extended until December 20, 2019.

BY THE COURT:

By:_____
Magistrate Jefferey S. Frensley