IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

DAVID DELL'AQUILA, on behalf of
himself and all others similarly situated,

Plaintiffs,

v.

WAYNE LaPIERRE, the NATIONAL
RIFLE ASSOCIATION OF AMERICA,
and NRA FOUNDATION, INC.,

Defendants.

Case No. 3:19-cv-00679

Judge William L. Campell, Jr.

Magistrate Jefferey S. Frensley

**Motion GRANTED.**

## MOTION OF DAVID DELL'AQUILA FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

The Plaintiff, David Dell'Aquila, files this Motion for Extension of Time to File Responsive Pleading. In support hereof, the Plaintiff states as follows:

### Background

1. The movant, David Dell'Aquila, is the plaintiff in the above-captioned case.

2. The National Rifle Association ("NRA") has filed a motion to dismiss portions of the complaint pursuant to Rule 12(b)(6).

3. Pursuant to Local Rule 7.01(a)(3), the Plaintiff's response to the motion is due today, November 26, 2019.

4. Mr. Dell'Aquila has retained counsel in this case. Such counsel, attorney Elliott J. Schuchardt, is currently scheduled to be sworn in before the Court on December 16, 2019.

5. Mr. Dell'Aquila respectfully requests an extension until December 20, 2019 to file a response to the NRA's motion.