IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

DAVID DELL'AQUILA, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

WAYNE LaPIERRE, the NATIONAL
RIFLE ASSOCIATION OF AMERICA,
and NRA FOUNDATION, INC.,

    Defendants.

Case No. 3:19-cv-00679

Judge William L. Campbell, Jr.

Magistrate Jefferey S. Frensley

## UNOPPOSED MOTION OF DAVID DELL'AQUILA TO SET BRIEFING SCHEDULE

The Plaintiff, David Dell'Aquila, files this Unopposed Motion to Set Briefing Schedule. In support hereof, the Plaintiff states as follows:

### Background

1. The movant, David Dell'Aquila, is the plaintiff in the above-captioned case.

2. The National Rifle Association ("NRA") has filed a motion to dismiss portions of the complaint pursuant to Rule 12(b)(6).

3. The NRA and Dell'Aquila have reached an agreement as to a briefing schedule for the NRA's pending motion.

4. Mr. Dell'Aquila respectfully requests that the Court approve the accompanying order, establishing the schedule.

5. The NRA does not oppose this motion.

WHEREFORE, for the reasons set forth above, David Dell'Aquila respectfully requests that the Court approve the accompanying order.

Respectfully submitted,

By: *David Dell'Aquila*
David Dell'Aquila

862 Bresslyn Road
Nashville, TN 37205
Phone: (615) 924-4295
E-mail: daquila862@gmail.com

# CERTIFICATE OF SERVICE

I, David Dell'Aquila, hereby certify that I served a true and correct copy of the foregoing motion on the following parties on this 4th day of December 2019 by means of the Court's CM / ECF system:

William A. Brewer, Esq.
Email: wbb@brewerattorneys.com
*Counsel for Wayne LaPierre and*
*National Rifle Association*

Wallace A. McDonald
Email: amcdonald@lpwpc.com
*Counsel for Wayne LaPierre and*
*National Rifle Association*

Aubrey B. Harwell , Jr., Esq.
Email: aharwell@nealharwell.com
*Counsel for NRA Foundation, Inc.*

John E. Quinn
Email: jquinn@nealharwell.com
*Counsel for NRA Foundation, Inc.*

William J. Harbison , II, Esq.
Email: jharbison@nealharwell.com
*Counsel for NRA Foundation, Inc.*

David Dell'Aquila