IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

DAVID DELL'AQUILA, on behalf of
himself and all others similarly situated,

Plaintiffs,

v.

WAYNE LaPIERRE, the NATIONAL
RIFLE ASSOCIATION OF AMERICA,
and NRA FOUNDATION, INC.,

Defendants.

Case No. 3:19-cv-00679

Judge William L. Campbell, Jr.

Magistrate Jefferey S. Frensley

## **ORDER**

THIS MATTER came before the Court on the ___ day of December 2019 on the motion of the Plaintiff, David Dell'Aquila, to set a briefing schedule concerning the NRA's pending motion to dismiss portions of the complaint.

After having reviewed the motion, it is hereby ORDERED as follows:

The deadline for the Plaintiff's response to the NRA's motion to dismiss is extended until January 2, 2020.

The NRA shall have until January 15, 2020 to file a reply to the Plaintiff's response.

BY THE COURT:

By:_____
Magistrate Jefferey S. Frensley