# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| DAVID DELL'AQUILA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>WAYNE LAPIERRE, et al. )<br>    Defendants. ) | Case No.: 3:19-cv-00679<br>Judge Campbell/Frensley |

## ORDER

Pending before the Court is the pro se Plaintiff's unopposed motion to set a briefing schedule on the motion to dismiss filed by the National Rifle Association ("NRA"). Docket No. 30. The Motion is GRANTED.

The Plaintiff shall file his response to the NRAs Motion to Dismiss on or before January 2, 2020.

The NRA may file an optional reply on or before January 15, 2020.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**