IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | Case No. 3:19-cv-00679 |
| Plaintiffs, | |
| v. | Judge William L. Campell, Jr. |
| WAYNE LaPIERRE, the NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC., | Magistrate Jefferey S. Frensley |
| Defendants. | |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearance of the undersigned as counsel of record to the Plaintiff, David Dell'Aquila, in the above-captioned case.

        Respectfully submitted,

        By: /s/ Elliott Schuchardt
            Elliott J. Schuchardt
            B.P.R. No. 027016

        SCHUCHARDT LAW FIRM
        6223 Highland Place Way, Suite 201
        Knoxville, TN 37919
        Phone: (865) 304-4374
        E-mail: elliott016@gmail.com

        *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I, Elliott J. Schuchardt, hereby certify that I served a true and correct copy of the foregoing Notice of Appearance on the following persons on this 19th day of December 2019 by means of the Court's CM / ECF system:

William A. Brewer, Esq.
Email: wbb@brewerattorneys.com
*Counsel for Wayne LaPierre and*
*National Rifle Association*

Wallace A. McDonald
Email: amcdonald@lpwpc.com
*Counsel for Wayne LaPierre and*
*National Rifle Association*

Aubrey B. Harwell , Jr., Esq.
Email: aharwell@nealharwell.com
*Counsel for NRA Foundation, Inc.*

John E. Quinn
Email: jquinn@nealharwell.com
*Counsel for NRA Foundation, Inc.*

William J. Harbison , II, Esq.
Email: jharbison@nealharwell.com
*Counsel for NRA Foundation, Inc.*

/s/ Elliott Schuchardt
Elliott J. Schuchardt