IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

DAVID DELL'AQUILA, on behalf of
himself and all others similarly situated,

Case No. 3:19-cv-00679

Plaintiffs,

v.

Judge William L. Campbell, Jr.

WAYNE LaPIERRE, the NATIONAL
RIFLE ASSOCIATION OF AMERICA,
and NRA FOUNDATION, INC.,

Magistrate Jefferey S. Frensley

Defendants.

## ORDER

THIS MATTER came before the Court on the ___ day of January 2020 on the motion of the Plaintiff, David Dell'Aquila, for leave to amend the complaint.

After having reviewed the motion, it is hereby ORDERED as follows:

The motion is granted. The Plaintiff shall be permitted to file an amended complaint within ten (10) days from the date of this Order. Responsive pleadings to the amended complaint shall be as set forth in the federal rules.

BY THE COURT:

By:_____
    Magistrate Jefferey S. Frensley