UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:19-cv-00679 |
| WAYNE LAPIERRE, the NATIONAL RIFLE ASSOCIATION OF AMERICA, and the NRA FOUNDATION, INC., | ) ) ) ) | Judge Campbell Magistrate Judge Frensley |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## RESPONSE TO PLAINTIFF'S MOTION TO AMEND

The NRA Foundation takes no position on Plaintiff's Motion to Amend (D.E. 37). However, the NRA Foundation would point out that Plaintiff has failed to respond to its pending Motion to Dismiss (D.E. 35). Thus, in the event the Court denies Plaintiff's Motion to Amend, it should grant the NRA Foundation's Motion to Dismiss.

Dated:	January 16, 2020	Respectfully Submitted,

**NEAL & HARWELL, PLC**

 */s/ Aubrey B. Harwell, Jr.*
Aubrey B. Harwell, Jr. (BPR # 2559)
John E. Quinn (BPR # 12220)
William J. Harbison II (BPR # 33330)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
jquinn@nealharwell.com
jharbison@nealharwell.com

*Counsel for Defendant NRA Foundation, Inc.*

**CERTIFICATE OF SERVICE**

I certify that I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court on January 16, 2020, using the CM/ECF system, which will send notification to all counsel of record as listed below.

| *Attorneys for the NRA and LaPierre Defendants:* | *Attorney for Plaintiff:* |
|---|---|
| LACY, PRICE & WAGNER, P.C.<br>Wallace A. McDonald (BPR # 16210)<br>249 N. Peters Road, Suite 101<br>Knoxville, TN 37926<br>(865) 246-0800<br>amcdonald@lpwpc.com<br><br>BREWER, ATTORNEYS & COUNSELORS<br>William A. Brewer (admitted *pro hac vice*)<br>750 Lexington Ave., 14th Floor<br>New York, NY 10022<br>(212) 527-3024<br>wbb@brewerattorneys.com | SCHUCHARDT LAW FIRM<br>Elliott J. Schuchardt (BPR # 27016)<br>6223 Highland Place Way, Suite 201<br>Knoxville, TN 37919<br>(865) 304-4374<br>elliott016@gmail.com |

 */s/ Aubrey B. Harwell, Jr.*