UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 3:19-cv-00679 |
| WAYNE LAPIERRE, the NATIONAL RIFLE ASSOCIATION OF AMERICA, and the NRA FOUNDATION, INC. ) ) ) ) | Judge Campbell Magistrate Frensley |
| Defendants. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants respectfully move this Court for an extension of time up to and including February 19, 2020 to answer or otherwise respond to Plaintiffs Second Amended Complaint (D.E. 43). In support of this Motion, Defendants state as follows:

1. Plaintiff filed his Second Amended Complaint (D.D. 43) on January 22, 2020, making the default response deadline February 5, 2020. *See* L.R. 7.01(3).

2. On January 24, 2020, undersigned counsel communicated with Plaintiff's counsel, who does not oppose this motion.

For these reasons, Defendants respectfully request the Court grant this Motion and give an extension of time up to and including February 19, 2020 to answer or otherwise respond to Plaintiff's Second Amended Complaint.

Dated: January 27, 2020　　　　　　　　Respectfully Submitted,

**NEAL & HARWELL, PLC**

 /s/ William J. Harbison II
Aubrey B. Harwell, Jr. (BPR # 2559)
John E. Quinn (BPR # 12220)
William J. Harbison II (BPR # 33330)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
jquinn@nealharwell.com
jharbison@nealharwell.com

*Counsel for Defendant NRA Foundation, Inc.*


**AGREED TO AND APPROVED FOR ENTRY:**

 /s/ William A. Brewer
William A. Brewer (admitted *pro hac vice*)
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Ave., 14th Floor
New York, NY 10022
(212) 527-3024
wbb@brewerattorneys.com

Wallace A. McDonald (BPR # 16210)
LACY, PRICE & WAGNER, P.C.
249 N. Peters Road, Suite 101
Knoxville, TN 37926
(865) 246-0800
amcdonald@lpwpc.com

*Attorneys for the NRA and LaPierre Defendants:*

## **CERTIFICATE OF SERVICE**

I certify that I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court on January 27, 2020, using the CM/ECF system, which will send notification to all counsel of record as listed below.

| *Attorneys for the NRA and LaPierre Defendants:* | *Attorney for Plaintiff:* |
|---|---|
| LACY, PRICE & WAGNER, P.C.<br>Wallace A. McDonald (BPR # 16210)<br>249 N. Peters Road, Suite 101<br>Knoxville, TN 37926<br>(865) 246-0800<br>amcdonald@lpwpc.com<br><br>BREWER, ATTORNEYS & COUNSELORS<br>William A. Brewer (admitted *pro hac vice*)<br>750 Lexington Ave., 14th Floor<br>New York, NY 10022<br>(212) 527-3024<br>wbb@brewerattorneys.com | SCHUCHARDT LAW FIRM<br>Elliott J. Schuchardt (BPR # 27016)<br>6223 Highland Place Way, Suite 201<br>Knoxville, TN 37919<br>(865) 304-4374<br>elliott016@gmail.com |

                                                /s/ William J. Harbison II