IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br><br> WAYNE LAPIERRE, NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC. <br><br> Defendants. | No: 3:19-cv-00679 <br><br> Judge William L. Campbell Jr. <br><br> Magistrate Judge Jefferey S. Frensley |

## THE NRA'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant the National Rifle Association of America (the "NRA"), by and through the undersigned counsel, hereby move to dismiss Plaintiffs' Second Amended Complaint in its entirety for failure to state a claim for relief pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and for failure to comply with the heighted pleading requirements of Federal Rule of Civil Procedure 9(b). This Motion is based upon the NRA's supporting memorandum of law, the arguments of counsel, and all of the files, records and proceedings therein.

Dated: February 19, 2019

By:    */s/ W. Allen McDonald*
LACY, PRICE & WAGNER PC
W. Allen McDonald
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
(865)-246-0800

BREWER, ATTORNEYS & COUNSELORS
William A. Brewer IV (admitted *pro hac vice*)
750 Lexington Avenue, 14th Floor
New York, NY 10022
(212)-489-1400

*ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA*

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's electronic filing system.

    Date: February 19, 2020

                                     */s/ W. Allen McDonald*