# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | Case No. 3:19-cv-00679 |
| Plaintiffs, | |
| v. | Judge William L. Campell, Jr. |
| WAYNE LaPIERRE, the NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC., | Magistrate Jefferey S. Frensley |
| Defendants. | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS

The Plaintiff, David Dell'Aquila, by and through counsel, files this Motion for an extension of time to file his response to the Defendants' motions to dismiss the complaint. In support hereof, the Plaintiff states as follows:

### Background

1. The movant, David Dell'Aquila, is the plaintiff in the above-captioned case.

2. Defendants have filed motions to dismiss the complaint pursuant to Rule 12(b)(6).

3. Pursuant to Local Rule 7.01(a)(3), the Plaintiff's response to the motion is due on or before Wednesday, March 4, 2020.

4. The Plaintiff respectfully requests an extension of ten days to file his response to the Defendants' motions, or until Monday, March 16, 2020.

5. The Plaintiff's attorney, Elliott Schuchardt, will be in Pittsburgh for most of this week for business.

6. The Plaintiff has contacted Defendants' counsel concerning this motion.

7. The NRA Foundation <u>consents</u> to this request for an extension.

8. The Plaintiff has spoken to attorney Wallace McDonald, who is local counsel to the NRA and to Wayne LaPierre. Mr. McDonald has referred this matter to national counsel, Wayne Brewer. As of this date, Mr. Brewer has not responded to the request.

9. The Plaintiff previously <u>consented</u> to the Defendants' request for an additional *two weeks* to prepare their motions to dismiss. [Docket No. 44]. The Plaintiff therefore respectfully submits that it would be reasonable and fair for the Court to grant this requested extension. This is the Plaintiff's first request for an extension of time in connection with the pending motions.

10. This matter involves complex issues of law and fact. Additional time will aid the Court in resolving the case on the merits, by ensuring that these matters are properly briefed.

WHEREFORE, for the reasons set forth above, the Plaintiff David Dell'Aquila respectfully requests an extension of time until March 16, 2020 to file a response to Defendants' motions to dismiss.

Respectfully submitted,

By: /s/ Elliott Schuchardt
    Elliott J. Schuchardt
    B.P.R. No. 027016

SCHUCHARDT LAW FIRM
6223 Highland Place Way, Suite 201
Knoxville, TN 37919
Phone: (865) 304-4374
E-mail: elliott016@gmail.com

*Counsel for the Plaintiff, David*
  *Dell'Aquila*

# CERTIFICATE OF SERVICE

I, Elliott J. Schuchardt, hereby certify that I served a true and correct copy of the foregoing Motion for Extension of Time on the following persons on this 2nd day of March 2020 by means of the Court's CM / ECF system:

William A. Brewer, Esq.
Email: wbb@brewerattorneys.com
*Counsel for Wayne LaPierre and*
*National Rifle Association*

Wallace A. McDonald
Email: amcdonald@lpwpc.com
*Counsel for Wayne LaPierre and*
*National Rifle Association*

Aubrey B. Harwell , Jr., Esq.
Email: aharwell@nealharwell.com
*Counsel for NRA Foundation, Inc.*

John E. Quinn
Email: jquinn@nealharwell.com
*Counsel for NRA Foundation, Inc.*

William J. Harbison , II, Esq.
Email: jharbison@nealharwell.com
*Counsel for NRA Foundation, Inc.*

/s/ Elliott Schuchardt
Elliott J. Schuchardt