IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | Case No. 3:19-cv-00679 |
| Plaintiffs, | |
| v. | Judge William L. Campell, Jr. |
| WAYNE LaPIERRE, the NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC., | Magistrate Jefferey S. Frensley |
| Defendants. | |

## ORDER

THIS MATTER came before the Court on the ___ day of March 2020 on the motion of the Plaintiff, David Dell'Aquila, to file a response to the Defendants' motions to dismiss the complaint.

After having reviewed the motion, it is hereby ORDERED as follows:

The deadline for the Plaintiff to file a response to the Defendants' motions to dismiss is extended until March 16, 2020.

BY THE COURT:

By:_____
Magistrate Jefferey S. Frensley