# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

DAVID DELL'AQUILA, LORANNDA BORJA, )
TODD CHESNEY, BRENT WEBER, on behalf of )
themselves and all others similarly situated, )
)
              Plaintiffs, )
) No: 3:19-cv-00679
v. ) Judge William L. Campbell Jr.
)
WAYNE LAPIERRE, NATIONAL RIFLE ) Magistrate Judge Jefferey S. Frensley
ASSOCIATION OF AMERICA, and )
NRA FOUNDATION, INC. )
)
              Defendants. )

## CORRECTED AND CONFORMED CERTIFICATES OF SERVICE FOR PRIOR FILINGS [DOCS 48, 49, 50 AND 51]

I do hereby certify that the following were filed electronically on the dates referenced below:

| Doc. No. | Filer | Description | Date Filed |
|---|---|---|---|
| 48 | National Rifle Association of America | MOTION to Dismiss for Lack of Jurisdiction and Failure to State a Claim | February 19, 2020 |
| 49 | National Rifle Association of America | MEMORANDUM in Support of Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim [Doc. 48] | February 19, 2020 |
| 50 | Wayne LaPierre | MOTION to Dismiss for Lack of Jurisdiction and Failure to State a Claim | February 19, 2020 |
| 51 | Wayne LaPierre | MEMORANDUM in Support of Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim [Doc. 50] | February 19, 2020 |

I further certify that true and correct copy of those filings were served on February 19, 2020 by means of the Court's CM/ECF system which sent notification to all counsel of record as listed below:

William A. Brewer, Esq.
Email: wbb@brewerattorneys.com
*Co-Counsel for Wayne LaPierre and*
*National Rifle Association*

Aubrey B. Harwell , Jr., Esq.
Email: aharwell@nealharwell.com
*Counsel for NRA Foundation, Inc.*

John E. Quinn
Email: jquinn@nealharwell.com
*Counsel for NRA Foundation, Inc.*

William J. Harbison , II, Esq.
Email: jharbison@nealharwell.com
*Counsel for NRA Foundation, Inc.*

Elliott J. Schuchardt
Email: elliott016@gmail.com
*Counsel for Plaintiffs*

Date: March 5, 2020

*/s/ W. Allen McDonald*

12

Case 3:19-cv-00679   Document 55   Filed 03/05/20   Page 2 of 2 PageID #: 331