UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID DELL'AQUILA, <br> LORANNDA BORJA, <br> TODD CHESNEY, and <br> BRENT WEBER, on behalf of themselves <br> and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WAYNE LAPIERRE, the NATIONAL <br> RIFLE ASSOCIATION OF AMERICA, <br> and the NRA FOUNDATION, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 3:19-cv-00679 <br><br> Judge Campbell <br> Magistrate Judge Frensley <br><br> JURY DEMAND |

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE REPLY

Defendant NRA Foundation, Inc. ("NRA Foundation") respectfully moves this Court for an extension of time up to and including March 18, 2020 to file a Reply Brief in support of its Motion to Dismiss Plaintiffs' Second Amended Complaint (D.E. 46). In support of this Motion, the NRA Foundation states as follows:

1. The NRA Foundation filed a Motion to Dismiss Plaintiffs' Second Amended Complaint (D.E. 46) on February 19, 2020.

2. Plaintiffs filed their Response in Opposition (D.E. 53) on March 4, 2020, making the default deadline for the NRA Foundation to file a reply brief March 11, 2020. *See* L.R. 7.01(a)(4).

3. On March 9, 2020, undersigned counsel communicated with Plaintiffs' counsel, who does not oppose this motion.

For these reasons, the NRA Foundation respectfully requests the Court grant this Motion and give an extension of time up to and including March 18, 2020 to file a Reply Brief in support of its Motion to Dismiss Plaintiffs' Second Amended Complaint.

Dated: March 9, 2020

Respectfully Submitted,

**NEAL & HARWELL, PLC**

 /s/ *William J. Harbison II*
Aubrey B. Harwell, Jr. (BPR # 2559)
John E. Quinn (BPR # 12220)
William J. Harbison II (BPR # 33330)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
jquinn@nealharwell.com
jharbison@nealharwell.com

*Counsel for Defendant NRA Foundation, Inc.*

# CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court on March 9, 2020, using the CM/ECF system, which will send notification to all counsel of record as listed below.

| *Counsel for the NRA and LaPierre Defendants:* | *Counsel for Plaintiffs:* |
|---|---|
| LACY, PRICE & WAGNER, P.C.<br>Wallace A. McDonald (BPR # 16210)<br>249 N. Peters Road, Suite 101<br>Knoxville, TN 37926<br>(865) 246-0800<br>amcdonald@lpwpc.com<br><br>BREWER, ATTORNEYS & COUNSELORS<br>William A. Brewer IV (admitted *pro hac vice*)<br>750 Lexington Ave., 14th Floor<br>New York, NY 10022<br>(212) 527-3024<br>wbb@brewerattorneys.com | SCHUCHARDT LAW FIRM<br>Elliott J. Schuchardt (BPR # 27016)<br>6223 Highland Place Way, Suite 201<br>Knoxville, TN 37919<br>(865) 304-4374<br>elliott016@gmail.com |

                                                          */s/ William J. Harbison II*