IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br><br> WAYNE LAPIERRE, NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC. <br><br> Defendants. | No: 3:19-cv-00679 <br> Judge William L. Campbell Jr. <br><br> Magistrate Judge Jefferey S. Frensley |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendants Wayne LaPierre and the National Rifle Association of America (the "NRA"), respectfully move this Court for an extension of time up to March 18, 2020 to file a Reply Brief in support of its Motion to Dismiss Plaintiffs' Second Amended Complaint.

1. The NRA and Mr. LaPierre filed Motions to Dismiss Plaintiffs' Second Amended Complaint on February 19, 2020.

2. Plaintiffs filed their Response in Opposition on March 4, 2020, making the default deadline for a reply brief March 11, 2020.

3. On March 9, 2020, undersigned counsel communication with Plaintiffs' counsel who does not oppose this motion.

For these reasons, the NRA and Wayne LaPierre respectfully requests the Court grant this Motion and give an extension of time to March 18, 2020 to file a Reply Brief in support of its Motion to Dismiss Plaintiffs' Second Amended Complaint.

Dated: March 9, 2019

By: */s/ W. Allen McDonald*
LACY, PRICE & WAGNER PC
W. Allen McDonald
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
(865)-246-0800

BREWER, ATTORNEYS & COUNSELORS
William A. Brewer IV (admitted *pro hac vice*)
750 Lexington Avenue, 14th Floor
New York, NY 10022
(212)-489-1400

*ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA AND WAYNE LAPIERRE*

2

I certify that I caused a true and correct copy of the foregoing to be filed electronically using the Court's CM/ECF system, which will send notification to all counsel of record as listed below.

William A. Brewer, Esq.
Email: wbb@brewerattorneys.com
*Co-Counsel for Wayne LaPierre and
National Rifle Association*

Aubrey B. Harwell , Jr., Esq.
Email: aharwell@nealharwell.com
*Counsel for NRA Foundation, Inc.*

John E. Quinn
Email: jquinn@nealharwell.com
*Counsel for NRA Foundation, Inc.*

William J. Harbison , II, Esq.
Email: jharbison@nealharwell.com
*Counsel for NRA Foundation, Inc.*

Elliott J. Schuchardt
Email: elliott016@gmail.com
*Counsel for Plaintiffs*

Date: March 9, 2020

        */s/ W. Allen McDonald*