IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) NO. 3:19-cv-00679 |
| v. | ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE FRENSLEY |
| WAYNE LAPIERRE, et al., | ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court are Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion to Dismiss (Doc. No. 52), Defendant NRA Foundation, Inc.'s Motion for Extension of Time to File Reply (Doc. No. 56), and Defendant National Rifle Association of America's Motion for Extension of Time to File Reply (Doc. No. 57).

Plaintiff filed his Response within the time frame prescribed by LR 7.01(a)(3). Plaintiff's Motion is therefore **DENIED** as moot. Defendants' motions are **GRANTED**. Defendants' replies must be filed on or before March 18, 2020.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE