IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID DELL'AQUILA, ET AL., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO. 3:19-cv-00679 |
| WAYNE LaPIERRE, ET AL., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE |
| Defendants. | ) | FRENSLEY |

## ORDER

By Order entered August 8, 2019 (Doc. No. 4), this case was referred to the Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(A) and (B) for consideration of all pretrial matters, including submission of proposed findings of fact and recommendations for disposition of dispositive motions. The previous referral Order (Doc. No. 4) is hereby VACATED, and the case is REFERRED to the Magistrate Judge for further case management in accordance with Local Rule 16.01

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE