IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) NO. 3:19-cv-00679 |
| v. | ) JUDGE CAMPBELL<br>)<br>) MAGISTRATE JUDGE FRENSLEY |
| WAYNE LaPIERRE, NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC. | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Pending before the Court are motions to dismiss the Second Amended Complaint (Doc. No. 43) filed separately by each of the three defendants: the National Rifle Association of America ("NRA"), the NRA Foundation, Inc., and Wayne LaPierre (Doc. Nos. 46, 48, 50). For the reasons stated in the accompanying Memorandum, the NRA Foundation's Motion to Dismiss (Doc. No. 46) is **GRANTED**; Wayne LaPierre's Motion to Dismiss (Doc. No. 50) is **GRANTED**; and the NRA's Motion to Dismiss (Doc. No. 48) is **GRANTED** in part, **DENIED** in part.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE