# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) Case No. 3:19-cv-00679 |
| | ) Judge Campbell / Frensley |
| WAYNE LAPIERRE, et al., | ) ) |
| Defendant(s). | ) ) ) |

## O R D E R

An Initial Case Management Conference is scheduled for November 6, 2020 at 9:30 a.m. via telephone. All parties shall call **1-877-336-1831**, and when prompted for the access code, enter **7039387#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344. The parties shall confer on a proposed case management order to be filed three (3) business days before the conference. It shall also be emailed to frensleychambers@tnmd.uscourts.gov in Word format.

**IT IS SO ORDERED**.

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**