# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| - against - | ) No: 3:19-cv-00679 ) Judge William L. Campbell Jr. ) |
| NATIONAL RIFLE ASSOCIATION OF AMERICA. | ) Magistrate Judge Chip Frensley ) ) |
| Defendant. | ) |

## NOTICE OF JPML TRANSFER MOTION

Defendant National Rifle Association of America (the "NRA"), by and through undersigned counsel, hereby gives notice pursuant to Judicial Panel on Multidistrict Litigation Rule 6.2(a) of the filing of a Motion for Transfer for coordinated and consolidated proceeding filed in *In re National Rifle Association Business Expenditure Litigation*, MDL Pending Case No. 145, a copy of which is attached.

Date: October 20, 2020.

By: *W. Allen McDonald*
W. Allen McDonald
LACY, PRICE & WAGNER PC
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
(865)-246-0800

1

BREWER, ATTORNEYS & COUNSELORS
William A. Brewer IV (admitted *pro hac vice*)
750 Lexington Avenue, 14th Floor
New York, NY 10022
(212)-489-1400

*ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA*

# CERTIFICATE OF SERVICE

I, W. Allen McDonald, hereby certify that I served a true and correct copy of the foregoing Notice of JPML Transfer Motion on October 20, 2020 by means of the Court's CM/ECF system, which will send notification to all counsel of record as listed below.

William A. Brewer, Esq.
Email: wbb@brewerattorneys.com
*Co-Counsel for Wayne LaPierre and National Rifle Association*

Aubrey B. Harwell, Jr., Esq.
Email: aharwell@nealharwell.com
*Counsel for NRA Foundation, Inc.*

John E. Quinn
Email: jquinn@nealharwell.com
*Counsel for NRA Foundation, Inc.*

William J. Harbison, II, Esq.
Email: jharbison@nealharwell.com
*Counsel for NRA Foundation, Inc.*

Elliott J. Schuchardt
Email: elliott016@gmail.com
*Counsel for Plaintiffs*

Date: October 20, 2020

/s/ W. Allen McDonald