IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| - against - | ) No: 3:19-cv-00679<br>) Judge William L. Campbell Jr. |
| NATIONAL RIFLE ASSOCIATION OF AMERICA | )<br>) Magistrate Judge Jefferey S. Frensley<br>) |
| Defendant. | )<br>)<br>) |

**NOTICE AND SUGGESTION OF BANKRUPTCY OF
THE NATIONAL RIFLE ASSOCIATION OF AMERICA AND SEA GIRT LLC**

Please be advised that the National Rifle Association of America (the "NRA" or the "Association") and Sea Girt LLC ("Sea Girt") (collectively, the "Debtors"), filed petitions commencing voluntary cases under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "Bankruptcy Code") on January 15, 2021. The bankruptcy cases are pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, and are administered under Case Nos. 21-30080-11 and 21-30085-11.

Section 362(a) (Automatic Stay) of the Bankruptcy Code automatically prohibits, *inter alia*, the following:

- the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

- the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

1

- any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate.

Dated: January 15, 2021

Respectfully submitted,

*/s/ W. Allen McDonald*

LACY, PRICE & WAGNER PC
W. Allen McDonald
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
(865)-246-0800
amcdonald@lpwpc.com

BREWER, ATTORNEYS & COUNSELORS
William A. Brewer (admitted *pro hac vice*)
750 Lexington Avenue, 14th Floor
New York, NY 10022
(212)-489-1400
wbb@brewerattorneys.com

*ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA*