IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br>                Defendant. | No: 3:19-cv-00679<br>Judge William L. Campbell Jr.<br>Magistrate Judge Jefferey S. Frensley |

## CORRECTED AND CONFORMED CERTIFICATE OF SERVICE OF NOTICE OF SUGGESTION OF BANKRUPTCY [DOC. 71]

I do hereby certify that the Notice and Suggestion of Bankruptcy of the National Rifle Association of America and Sea Girt, LLC [Doc. 71] was filed electronically on January 15, 2021. I further certify that true and correct copy of those filings were served on January 15, 2021 by means of the Court's CM/ECF system which sent notification to all counsel of record as listed below:

William A. Brewer, Esq.
Email: wbb@brewerattorneys.com
*Co-Counsel for National Rifle Association*

Elliott J. Schuchardt
Email: elliott016@gmail.com
*Counsel for Plaintiffs*

     Date: January 19, 2021

                                 */s/ W. Allen McDonald*

## CERTIFICATE OF SERVICE

I, W. Allen McDonald, hereby certify that I served a true and correct copy of the foregoing <u>Corrected and Conformed Certificate of Service</u> on January 19, 2021 by means of the Court's CM/ECF system, which will send notification to all counsel of record as listed below.

William A. Brewer, Esq.
Email: wbb@brewerattorneys.com
*Co-Counsel for National Rifle Association*

Elliott J. Schuchardt
Email: elliott016@gmail.com
*Counsel for Plaintiffs*

Date: January 19, 2021

*/s/ W. Allen McDonald*