IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br> Defendant. | NO. 3:19-cv-00679 <br><br> JUDGE CAMPBELL <br><br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is a Notice and Suggestion of Bankruptcy filed by Defendant. (Doc. No. 71). Accordingly, this case is automatically **STAYED**, pursuant to 11 U.S.C. § 362. The Clerk is **DIRECTED** to administratively close this case. Within **TEN DAYS** of the conclusion of the bankruptcy proceedings, Defendant shall file a status update, and Plaintiffs may move to reopen the case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE