IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA.<br><br>Defendant. | No: 3:19-cv-00679<br>Judge William L. Campbell Jr.<br><br>Magistrate Judge Chip Frensley |

## STATUS REPORT

COMES NOW the Defendant, National Rifle Association of America ("the NRA"), by and through counsel, and provides the following status report as ordered by the Court:

1. By order dated January 19, 2021 (Doc. No. 73), the NRA was directed to file a status update within ten days of the conclusion of the bankruptcy proceedings referenced in the <u>Notice and Suggestion of Bankruptcy</u> filed by the NRA on January 15, 2021 (Doc. No. 71).

2. Pursuant to that Order, the NRA hereby notifies the Court and Plaintiff that the NRA's bankruptcy petition was dismissed without prejudice on May 11, 2021.

3. As of the date of this Status Report, no appeal has been taken from the dismissal of the NRA's bankruptcy petition. If the NRA appeals the dismissal of its bankruptcy petition, undersigned counsel will file a supplemental status report.

Date: May 18, 2021.

By: *W. Allen McDonald*
W. Allen McDonald
LACY, PRICE & WAGNER PC
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
(865)-246-0800

1

> BREWER, ATTORNEYS & COUNSELORS
> William A. Brewer IV (admitted *pro hac vice*)
> 750 Lexington Avenue, 14th Floor
> New York, NY 10022
> (212)-489-1400
>
> *ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing Status Report was filed electronically on May 18, 2021 which will send notification to all counsel of record as listed below:

> William A. Brewer, Esq.
> Email: wbb@brewerattorneys.com
> *Co-Counsel for National Rifle Association*
>
> Elliott J. Schuchardt
> Email: elliott016@gmail.com
> *Counsel for Plaintiffs*

Date: May 18, 2021

*/s/ W. Allen McDonald*
