IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | NO. 3:19-cv-00679 |
| Plaintiffs, | ) ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| v. | ) ) | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court received a letter from counsel for the plaintiffs discussing matters related to and unrelated to this case. The Clerk is directed to file the letter on the docket and under seal.

The letter refers to Plaintiff Dell'Aquila as a "former client," however the Court has no record of counsel's withdrawal. Counsel is advised that neither his letter nor this Order alter his obligations under Local Rule 83.01(g).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE