IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Defendant. | No: 3:19-cv-00679<br>Judge William L. Campbell Jr.<br>Magistrate Judge Jefferey S. Frensley |

## THE NRA'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 AND LOCAL RULE 41

Defendant the National Rifle Association of America (the "NRA"), by and through the undersigned counsel, hereby move to dismiss Plaintiffs' Second Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 41 and Local Rule of 41.01 of the United States District Court for the Middle District of Tennessee. This Motion is based upon the NRA's supporting memorandum of law, the accompanying declaration of William A. Brewer, and all of the files, records and proceedings in this civil action.

Dated: April 11, 2022

By:    */s/ W. Allen McDonald*
      LACY, PRICE & WAGNER PC
      W. Allen McDonald
      249 N. Peters Rd., Suite 101
      Knoxville, TN 37923
      (865)-246-0800

BREWER, ATTORNEYS &
COUNSELORS
William A. Brewer  (admitted *pro hac vice*)
750 Lexington Avenue, 14th Floor
New York, NY 10022
(212)-489-1400

*ATTORNEYS FOR THE NATIONAL
RIFLE ASSOCIATION OF AMERICA*

**CERTIFICATE OF SERVICE**

      I, W. Allen McDonald, hereby certify that I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court on April 11, 2022, using the CM/ECF system, which will send notification to all counsel of record as listed below.

William A. Brewer, Esq.
750 Lexington Avenue, 14th Floor
New York, NY 10022
Email: wbb@brewerattorneys.com
*Co-Counsel for National Rifle Association*

Elliott J. Schuchardt
SCHUCHARDT LAW FIRM
6223 Highland Place Way, Suite 201
Knoxville, TN 37919
Phone: (865) 304-4374
Email: elliott016@gmail.com
*Counsel for Plaintiffs*

      Date: April 11, 2022

                                                */s/ W. Allen McDonald*