RECEIVED
APR 20 2022
US DISTRICT COURT
MID DIST TENN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

DAVID DELL'AQUILA, on behalf of
himself and all others similarly situated,

Plaintiffs,

v.

WAYNE LaPIERRE, the NATIONAL
RIFLE ASSOCIATION OF AMERICA,
and NRA FOUNDATION, INC.,

Defendants.

Case No. 3:19-cv-00679

Judge William L. Campell, Jr.

Magistrate Jefferey S. Frensley

## MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL TO THE PLAINTIFFS

The movant, Elliott Schuchardt, respectfully files this motion for leave to withdraw as counsel to the Plaintiffs. In support hereof, the movant states as follows:

Background

1. The movant is counsel of record for the Plaintiffs in this case.

2. A conflict of interest has arisen which prevents Schuchardt from continuing to represent the Plaintiffs in this matter.

3. As a result of such conflict, Schuchardt respectfully requests leave of Court to withdraw as counsel to the Plaintiffs.

4. The Defendant -- National Rifle Association of America -- consents to this motion.

5. Plaintiffs Brent Weber, Todd Chesney and Lorranda Borja consent to this motion.

6. Plaintiff David Dell'Aquila opposes this motion.

7. The contact information for the Plaintiffs is as follows:

David Dell'Aquila
862 Bresslyn Road
Nashville, TN 37205
Phone: (615) 924-4295
E-mail: daquila862@gmail.com

Lorannda Borja
405 Stella Avenue
Lawrenceburg, TN 38464
Phone: (931) 629-6575
E-mail: lorannda@yahoo.com

Todd Chesney
678 North Fire Sky Lane
Chino Valley, Arizona 86323
Phone Number: (928) 642-7985
E-mail: tchesney@cvaz.net

Brent Weber
1502 W. Browning Street
Andover, Kansas 67002
Phone Number: (316) 259-9675
E-mail: brw12001@yahoo.com

WHEREFORE, for the reasons set forth above, the movant, Elliott Schuchardt, respectfully requests leave of Court to withdraw as counsel to the Plaintiffs.

Respectfully submitted,

By: *(signature)*
Elliott J. Schuchardt
B.P.R. No. 027016

SCHUCHARDT LAW FIRM
8829 Ashton Court
Knoxville, TN 37923
Phone: (865) 304-4374
E-mail: elliott016@gmail.com

2

Case 3:19-cv-00679   Document 80   Filed 04/20/22   Page 2 of 5 PageID #: 1050

# CERTIFICATE OF SERVICE

I, Elliott J. Schuchardt, hereby certify that I served a true and correct copy of the foregoing Motion for Leave to Withdraw as Counsel to the Plaintiffs on the following persons on this 18th day of April 2022 by means of first class mail, postage prepaid:

> William A. Brewer, Esq.
> Brewer, Attorneys & Counselors
> 750 Lexington Ave.
> 14th Floor
> New York, NY 10022
> Email: wbb@brewerattorneys.com
> *Counsel for National Rifle Association*
>
> Wallace A. McDonald
> Lacy, Price & Wagner, P.C.
> 249 N. Peters Rd.
> Suite 101
> Knoxville, TN 37923
> Email: amcdonald@lpwpc.com
> *Counsel for National Rifle Association*
>
> David Dell'Aquila
> 862 Bresslyn Road
> Nashville, TN 37205
> E-mail: daquila862@gmail.com
>
> Lorannda Borja
> 405 Stella Avenue
> Lawrenceburg, TN 38464
> E-mail: lorannda@yahoo.com
>
> Todd Chesney
> 678 North Fire Sky Lane
> Chino Valley, Arizona 86323
> E-mail: tchesney@cvaz.net
>
> Brent Weber
> 1502 W. Browning Street
> Andover, Kansas 67002
> E-mail: brw12001@yahoo.com

_/s/ Elliott J. Schuchardt_
Elliott J. Schuchardt

# SCHUCHARDT LAW FIRM

ATTORNEYS AT LAW

8829 Ashton Court
Knoxville, TN 37923
Phone: (865) 304-4374
Fax: (703) 232-1044

Elliott J. Schuchardt, Esq.
Attorney at Law

www.schuchardtlaw.com
e-mail: elliott016@gmail.com

Admitted in
Tennessee

April 18, 2022

**VIA PRIORITY MAIL**

Clerk of Court
United States District Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN 37203

   Re: Dell'Aquila v. LaPierre, Case No. 3:19-cv-00679
     U.S. District Court for the Middle District of Tennessee

Dear Sir or Madam:

  Enclosed, for filing with the Court, are original copies of the following documents:

   Motion for Leave to Withdraw
   Proposed Order Authorizing Withdrawal

  Thank you for your assistance. If you have any questions, feel free to e-mail or call.

           Very truly yours,

           Elliott J. Schuchardt

Encl.

SCHUCHARDT LAW FIRM
8829 Ashton Court
Knoxville, TN 37923

Clerk of Court
United States District Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN 37203

RECEIVED
APR 20 2022
US DISTRICT COURT
MID DIST TENN