IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, on behalf of himself and all others similarly situated, | Case No. 3:19-cv-00679 |
| Plaintiffs, | |
| v. | Judge William L. Campell, Jr. |
| WAYNE LaPIERRE, the NATIONAL RIFLE ASSOCIATION OF AMERICA, and NRA FOUNDATION, INC., | Magistrate Jefferey S. Frensley |
| Defendants. | |

## ORDER

THIS MATTER came before the Court on the ___ day of _____ 2022 on the motion of Elliott J. Schuchardt for leave to withdraw as counsel to the Plaintiffs in this case.

After having reviewed the motion, it is hereby ORDERED as follows:

The movant, Elliott Schuchardt, is authorized to withdraw as counsel to the Plaintiffs in this matter.

BY THE COURT:

_____
**Magistrate Jefferey S. Frensley**