IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, AND BRENT WEBER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br> Defendant. | NO. 3:19-cv-00679 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

On April 11, 2022, Defendant filed a motion to dismiss. (Doc. No. 78). To date, Plaintiffs have not responded to the motion. The Court must therefore determine whether Plaintiffs intend to prosecute their claims.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** on or before **May 17, 2022**, why Defendant's motion to dismiss should not be granted and this action dismissed for failure to prosecute. Plaintiffs are forewarned that failure to comply with this Order will result in the dismissal of their claims for failure to prosecute.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE