IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, AND BRENT WEBER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | NO. 3:19-cv-00679 |
| Plaintiffs, | ) ) | JUDGE CAMPBELL |
| v. | ) ) ) | MAGISTRATE JUDGE FRENSLEY |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) ) | |
| Defendant. | ) | |

## AMENDED ORDER

The Order (Doc. No. 81) entered on May 3, 2022, is amended as follows:

Attorney Elliott Schuchardt's Motion for Leave to Withdraw as Counsel to the Plaintiffs (Doc. No. 80) is **GRANTED**. The Plaintiffs, David Dell'Aquila, Lorannda Borja, Todd Chesney, and Brent Weber, shall have thirty (30) days to secure new counsel and have them enter an appearance in this action or notify the Court that they intend to proceed *pro se*. Absent such notice, the Court will deem the Plaintiffs to be proceeding *pro se*.

In light of the foregoing, the Show Cause Order (Doc. No. 82) is **VACATED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE