IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Defendant. | No: 3:19-CV-00679<br>Judge William L. Campbell Jr.<br><br>Magistrate Judge Chip Frensley |

**PLAINTIFF'S MOTION FOR A CONTINUANCE**

David Dell'Aquila, filing as a pro se litigant, files this Motion for a Continuance of Defendant's Motion for Default Judgement. The Plaintiffs' attorney, Elliott Schuchardt, is suspended from practice. Plaintiffs have a contract with Schuchardt to represent them in this matter on a contingency basis. Plaintiffs have attempted to have Schuchardt provide substitute counsel under the same agreement to no avail. Plaintiffs have not received communication from Schuchardt about this case since July 2021. Plaintiffs did not timely receive correspondence concerning the Defendant's Motion for Default. Plaintiffs intend on pursuing this litigation but need some time in order to obtain new counsel. Plaintiffs were recently notified that Schuchardt filed a Motion to withdraw on April 20, 2022.

Respectfully Submitted,
By /s/David Dell'Aquila
*Pro Se Plaintiff*
862 Bresslyn Rd.
Nashville, TN 37205
615-924-4295

## CERTIFICATE OF SERVICE

I, David Dell'Aquila, hereby certify that I caused a true and correct copy of the foregoing to be mailed to the Clerk of the Court on April 29, 2022 by USPS.

LACY, PRICE & WAGNER PC
W. Allen McDonald
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
(865)-246-0800

BREWER, ATTORNEYS & COUNSELORS
William A. Brewer (admitted pro hac vice)
750 Lexington Avenue, 14th Floor
New York, NY 10022 (212)-489-1400
ATTORNEYS THE NATIONAL RIFLE ASSOCIATION OF AMERICA

Elliott J. Schuchardt SCHUCHARDT LAW FIRM
6223 Highland Place Way, Suite 201
Knoxville, TN 37919
Phone: (865) 304-4374

Vanderkooi Law
718 Thompson Lane
Suite 108-235
Nashville, TN 37204

RECEIVED
MAY 02 2022
US DISTRICT COURT
MID DIST TENN

NASHVILLE TN 370
30 APR 2022 PM 4 L

37203-694019

Federal Court Clerk
Civil Division
719 Church Street
Nashville, TN 37203



FOREVER
971911029162520
USA
UNITED STATES POSTAL SERVICE®

FOLD HERE