# Vanderkooi Law, PLC

April 29, 2022

RECEIVED
MAY 02 2022
US DISTRICT COURT
MID DIST TENN

**Federal Court Clerk**
**Civil Division**
**719 Church Street**
**Nashville, TN 37203**

RE:     **Dell'Aquila et al v. NRA, Case No. 3:19-CV-00679**

Clerk,

Please see attached pro se motion by Plaintiff David Dell'Aquila.

Respectfully,

*Kristen Vanderkooi*

**Kristen Vanderkooi**

Kristen Vanderkooi, Esq. - kristen@vanderkooilaw.com
Chandra Flint, Esq. - chandra@vanderkooilaw.com
Mailing: 718 Thompson Lane, Suite 108-235, Nashville, TN 37204
Office: 2701 Berrywood Drive, Nashville, TN 37204
Office (615) 953-3728 | Fax (615) 375-4319

Vanderkooi Law
718 Thompson Lane
Suite 108-235
Nashville, TN 37204

RECEIVED
MAY 02 2022
US DISTRICT COURT
MID DIST TENN

NASHVILLE TN 370
30 APR 2022 PM 4 L

37203-694019

Federal Court Clerk
Civil Division
719 Church Street
Nashville, TN 37203

FOREVER
971911029162520
USA
UNITED STATES POSTAL SERVICE®

------ FOLD HERE ------