IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILLA, et al )<br>    Plaintiffs, )<br> )<br>vs. )<br> )<br>NATIONAL RIFLE ASSOCIATION OF )<br>AMERICA )<br>    Defendant. ) | Civil Action No.: 3:19-cv-679<br>Judge Campbell/Frensley |

**ORDER**

On April 11, 2022, Defendant filed a Motion to Dismiss. Docket No. 78. To date, Plaintiffs have not responded to the Motion. On May 2, 2022, the pro se Plaintiff filed a "Motion for a Continuance" presumably seeking additional time to respond to the motion to dismiss based upon their efforts to obtain new counsel. Docket No. 84. On May 13, 2022, Plaintiffs' counsel was granted leave to withdraw, and the Plaintiffs were given thirty (30) days to secure new counsel or be deemed to be proceeding pro se. Docket No. 83. On June 22, 2022, the matter was referred to the undersigned for consideration of all pretrial matters which would include the pending motion to dismiss. Docket No. 85. The Defendants' Motion to Dismiss, (Docket No. 78) has now been pending in excess of two (2) months. As noted above, there has been no response to the motion. Accordingly, the Plaintiffs are ordered to show cause on or before **July 19, 2022**, why their claims should not dismissed for failure to prosecute or for the reasons stated in the Defendants' Motion to Dismiss.

The Plaintiffs are forewarned that failure to respond to this Order may lead to a recommendation that their claims be dismissed

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**