# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILLA, et al )<br>    Plaintiffs, )<br> )<br>vs. )<br> )<br>NATIONAL RIFLE ASSOCIATION OF )<br>AMERICA )<br>    Defendant. ) | Civil Action No.: 3:19-cv-679<br>Judge Campbell/Frensley |

## ORDER

Pending before the Court is the Plaintiff Dell'Aquilla's response to the Court's Show Cause Order of July 5, 2022. Docket No. 87.[1] In response to the Court's Show Cause Order, Plaintiff recounts his efforts to secure counsel and requests that the Court allow another continuance in order for him to obtain competent counsel, or in the alternative that the Court enter an order of dismissal without prejudice. The Court will construe the Plaintiff's response to the Show Cause Order as a request for extension of time to respond to the pending motion to dismiss. Docket No. 78. That motion is **GRANTED** as set forth herein.

On April 11, 2022, Defendant National Rifle Association of America filed a Motion to Dismiss. Docket No. 78. On April 20, 2022, Plaintiff's counsel filed a Motion to Withdraw (Docket No. 80) which was granted by the Court on May 13, 2022 (Docket No. 83). Plaintiffs were given thirty (30) days to secure new counsel and have them enter an appearance or they would be deemed to be proceeding pro se. Docket No. 83. Upon the expiration of the thirty (30) days without new counsel appearing, the matter was referred to the undersigned for consideration of all pretrial

---

[1] The response is filed only on behalf of Plaintiff Dell'Aquilla. No other Plaintiffs have responded to the Show Cause Order.

matters. Docket No. 85. On July 5, 2022, the Court entered a Show Cause Order directing the Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute or for the reasons set forth in the pending motion to dismiss. Docket No. 86. In his response to the Court's Show Cause Order, Plaintiff Dell'Aquilla indicates that he has been attempting to obtain new counsel but has been unable to do so. Docket No. 87. Plaintiff requests additional time to obtain counsel. *Id.*

Pending before the Court's is the Defendant's Motion to Dismiss. Docket No. 78. That motion was filed on April 11, 2022. *Id.* The Defendant is entitled to a resolution of its pending motion. The Plaintiff's response to that motion is long past due. The Court has afforded Plaintiffs ample opportunity to obtain new counsel and respond to the pending motion to dismiss. However, Plaintiffs have done neither. Because of the circumstances surrounding counsel's withdrawal, the Court will afford one final opportunity for Plaintiffs to respond to the pending motion to dismiss.

Plaintiff shall have until **August 17, 2022**, to respond to the Motion to Dismiss. This affords Plaintiffs additional time to obtain new counsel or respond pro se. To be clear, regardless of whether counsel enters an appearance on behalf of Plaintiffs, no additional extension will be provided to the deadline for responding to the pending Motion to Dismiss. In light of the extension, Plaintiff's Motion to Continue (Docket No. 84) is **DENIED AS MOOT**.

Plaintiffs are forewarned that failure to respond to the Motion to Dismiss may result in a recommendation that this action be dismissed for failure to prosecute or for the reasons set forth in the Defendant's Motion to Dismiss.

    **IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**