**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **DAVID DELL'AQUILA; LORANNDA BORJA; TODD CHESNEY; and BRENT WEBER, on behalf of themselves and all others similarly situated,** )<br><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**DAVID DELL'AQUILA; LORANNDA BORJA; TODD CHESNEY; and BRENT WEBER, on behalf of themselves and all others similarly situated,**

   **Plaintiffs,**

**v.**

**NATIONAL RIFLE ASSOCIATION OF AMERICA,**

   **Defendant.**

**Case No. 3:19-cv-00679
District Judge William L. Campbell, Jr.
Magistrate Judge Jeffery S. Frensley
Jury Trial**

## NOTICE OF APPEARANCE

Notice is hereby given that John R. Wingo, T. Morgan Ward, Jr., and Chadwick A. McTighe of the law firm Stites & Harbison, PLLC and Michael I. Kanovitz and Jonathan I. Loevy of the law firm Loevy & Loevy enter their appearance on behalf of Plaintiffs David Dell'Aquila, Lorannda Borja, Todd Chesney, and Brent Weber and request service of all subsequent filings in this proceeding.

       Respectfully submitted,

       **STITES & HARBISON PLLC**

       *s/John R. Wingo*
       John R. Wingo (BPR #016955)
       401 Commerce Street, Suite 800
       Nashville, TN  37219
       Telephone:  (615) 782-2263
       Email: john.wingo@stites.com

       T. Morgan Ward, Jr. (*pro hac vice* pending)
       Chadwick A. McTighe (*pro hac vice* pending)
       400 West Market Street, Suite 1800
       Louisville, KY 40202
       Telephone:  (502) 587-3400
       Email:  mward@stites.com
         cmctighe@stites.com

       and

Michael I. Kanovitz (*pro hac vice* pending)
Jonathan I. Loevy (*pro hac vice* pending)
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
Telephone (312) 243-5900
Email: mike@loevy.com
        jon@loevy.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2022, a true and exact copy of the foregoing Notice of Appearance was electronically filed with the Clerk's office using the CM/ECF system and served via the Court's CM/ECF system and/or via e-mail and/or U.S. mail upon the parties listed below. Parties may also access this filing through the Court's CM/ECF system.

| William A. Brewer | Wallace A. McDonald |
|---|---|
| BREWER, ATTORNEYS & COUNSELORS | LACY, PRICE & WAGNER, P.C. |
| 750 Lexington Ave., 14th Floor | 249 N. Peters Rd., Suite 101 |
| New York, NY 10022 | Knoxville, TN 37923 |
| Email: wbb@brewerattorneys.com | Email: amcdonald@lpwpc.com |
| *Counsel for Defendant National Rifle Association of America* | *Counsel for Defendant National Rifle Association of America* |

*s/John R. Wingo*
John R. Wingo

1544980:1:NASHVILLE