# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nashville Division

David Dell'Aquilla, et al

v.

National Rifle Association of America

Case No. 3:19-cv-679

Judge William L. Campbell, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Michael Kanovitz hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiffs.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of Illinois. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

No sanctions have been entered against me, nor have I been disqualified from participating in any case. In 2018 I had a pro hac vice application denied becuase it was untimely submitted in Ayers v. City of Cleveland, Case No. 2018-0852 before the Ohio Supreme Court and I was therefore stricken from the case. The Order denying pro hac vice status is at 2018-Ohio-3497

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

John Wingo
401 Commerce Street, Suite 800
Nashville, TN 37219

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Michael Kanovitz  Signature

Name: Michael Kanovitz
State where admitted and State Bar Number: Illinois - 6275233
Business Address: 311 N. Aberdeen, 3rd FL, Chicago, IL 60607
Local Address [if different from above]:
Phone: 312-243-5900
Email: mike@loevy.com

**CERTIFICATE OF SERVICE**

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hereby certify that on the 16th day of August, 2022, a true and exact copy of the foregoing Motion for Admission pro hac vice was electronically filed with the Clerk's office using the CM/ECF system and served via the Court's CM/ECF system and/or via e-mail and/or U.S. mail upon the parties listed below. Parties may also access this filing through the Court's CM/ECF system.

William A. Brewer
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Ave., 14th Floor
New York, NY 10022
Email: wbb@brewerattorneys.com
and
Wallace A. McDonald
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
Email: amcdonald@lpwpc.com

                                                    s/John R. Wingo
                                                    John R. Wingo

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Michael I Kanovitz

Northern District of Illinois

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Michael I Kanovitz was duly admitted to practice in said Court on (02/05/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (08/16/2022 )

Thomas G. Bruton , Clerk,
By: Sarah Bouchard
Deputy Clerk