IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Defendant. | No: 3:19-CV-00679<br>Judge William L. Campbell Jr.<br><br>Magistrate Judge Chip Frensley |

## NOTICE OF WITHDRAWAL OF DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA'S MOTION TO DISMISS

On April 11, 2022, Defendant National Rifle Association of America ("NRA") filed its Motion to Dismiss for failure to prosecute (Dkt. 78). On August 16, 2022, new counsel appeared for Plaintiffs (Dkt. 89). Defendant NRA now files this Notice to withdraw the Motion to Dismiss.

Dated: August 16, 2022

Respectfully submitted,

By: */s/ W. Allen McDonald*

LACY, PRICE & WAGNER PC
W. Allen McDonald
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
(865)-246-0800

BREWER, ATTORNEYS & COUNSELORS
William A. Brewer (admitted *pro hac vice*)
750 Lexington Avenue, 14th Floor
New York, NY 10022
(212)-489-1400
*ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA*

# CERTIFICATE OF SERVICE

I, W. Allen McDonald, hereby certify that I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court on August 16, 2022, using the CM/ECF system, which will send notification to all counsel of record as listed below.

William A. Brewer, Esq.
750 Lexington Avenue, 14th Floor
New York, NY 10022
Email: wbb@brewerattorneys.com
*Co-Counsel for National Rifle Association*

John R. Wingo, Esq.
401 Commerce Street, Suite 800
Nashville, TN 37219
Email: john.wingo@stites.com

I also emailed the foregoing to the following counsel based upon the representation that their respective pro hac vice applications are pending.

T. Morgan Ward, Jr.
Chadwick A. McTighe
400 West Market Street, Suite 1800
Louisville, KY 40202
Email: mward@stites.com
cmctighe@stites.com

Michael I. Kanovitz
Jonathan I. Loevy
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
Email: mike@loevy.com
jon@loevy.com

Date: August 16, 2022

*/s/ W. Allen McDonald*