# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

DAVID DELL'AQUILA, LORANNDA )
BORJA, TODD CHESNEY, AND )
BRENT WEBER, on behalf of themselves )
and all others similarly situated, )          NO. 3:19-cv-00679
                        )
      Plaintiffs, )          JUDGE CAMPBELL
                        )          MAGISTRATE JUDGE FRENSLEY
v. )
                        )
NATIONAL RIFLE ASSOCIATION OF )
AMERICA, )
                        )
      Defendant. )

## ORDER

Plaintiffs' Motion to Reopen Case (Doc. No. 94) is **GRANTED**. The Clerk is directed to reopen the file. Additionally, in light of Defendant's Notice of Withdrawal (Doc. No. 92), the Clerk is directed to administratively terminate Defendant's motion to dismiss for failure to prosecute (Doc. No. 78).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE