IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, AND BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Defendant. | NO. 3:19-cv-00679<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

## ORDER

On August 16, 2022, counsel entered a notice of appearance on behalf of Plaintiffs David Dell'Aquila, Lorannda Borja, Todd Chesney, and Brent Weber in this matter. (Doc. No. 89). Accordingly, the previous referral order (Doc. No. 85) is VACATED, and the case is REFERRED to the Magistrate Judge for further case management in accordance with Local Rule 16.01

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE