IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID DELL'AQUILA, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:19-cv-00679 |
| | ) | Judge Campbell/Frensley |
| v. | ) | |
| | ) | |
| NATIONAL RIFLE ASSOCIATION OF, | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A Case Management Conference will be held on September 23, 2022, at 8:30 a.m. by telephone. The Parties shall call 1-877-336-1831 at the appointed time, and when prompted for the access code, enter 7039387# to participate in the Conference.

The proposed case management order shall be submitted electronically with the Court THREE (3) business days before the Initial Case Management Conference and counsel shall also email a WORD version copy to chambers at frensleychambers@tnmd.uscourts.gov. If the proposed order CANNOT be submitted electronically on time, PLAINTIFF'S COUNSEL is responsible for contacting the Magistrate Judge's office to reschedule the conference. FAILURE to obtain service on all defendants should be called to the Magistrate Judge's attention. FAILURE TO FILE THE PROPOSED CASE MANAGEMENT ORDER ELECTRONICALLY WITHOUT CONTACTING THE MAGISTRATE JUDGE'S OFFICE CAN RESULT IN SANCTIONS.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**