# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA; LORANNDA BORJA; TODD CHESNEY; and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>) **Case No. 3:19-cv-00679**<br>) **District Judge William L. Campbell, Jr.**<br>) **Magistrate Judge Jeffery S. Frensley**<br>) **Jury Trial**<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

John R. Wingo of the law firm Stites & Harbison PLLC hereby gives notice that T. Morgan Ward, Jr. and Chadwick A. McTighe of the same firm are no longer counsel for the Plaintiffs. Both Mr. Ward and Mr. McTighe had notified the Court that they would be appearing and filing *pro hac vice* motions. Those motions have not been filed and will not be forthcoming. John R. Wingo remains as counsel of record for Plaintiffs, along with Michael I. Kanovitz, Jonathan I. Loevy and Elizabeth C. Wang.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/John R. Wingo*
　　　　　　　　　　　　　　　　　　　　John R. Wingo (BPR #016955)
　　　　　　　　　　　　　　　　　　　　STITES & HARBISON PLLC
　　　　　　　　　　　　　　　　　　　　401 Commerce Street, Suite 800
　　　　　　　　　　　　　　　　　　　　Nashville, TN  37219
　　　　　　　　　　　　　　　　　　　　Telephone:  (615) 782-2263
　　　　　　　　　　　　　　　　　　　　Email: john.wingo@stites.com

　　　　　　　　　　　　　　　　　　　　and

Michael I. Kanovitz (*pro hac vice*)
Jonathan I. Loevy (*pro hac vice*)
Elizabeth C. Wang *(pro hac vice)*
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
Telephone (312) 243-5900
Email: mike@loevy.com
      jon@loevy.com
      elizabethw@loevy.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2022, a true and exact copy of the foregoing Notice of Withdrawal was electronically filed with the Clerk's office using the CM/ECF system and served via the Court's CM/ECF system and/or via e-mail and/or U.S. mail upon the parties listed below. Parties may also access this filing through the Court's CM/ECF system.

| | |
|---|---|
| William A. Brewer | Wallace A. McDonald |
| BREWER, ATTORNEYS & COUNSELORS | LACY, PRICE & WAGNER, P.C. |
| 750 Lexington Ave., 14th Floor | 249 N. Peters Rd., Suite 101 |
| New York, NY 10022 | Knoxville, TN 37923 |
| Email: wbb@brewerattorneys.com | Email: amcdonald@lpwpc.com |
| *Counsel for Defendant National Rifle Association of America* | *Counsel for Defendant National Rifle Association of America* |

*s/John R. Wingo*
John R. Wingo