UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

David Dell'Aquilla, et al

Case No. 3:19-cv-679

v.

National Rifle Association of America

Judge William L. Campbell, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Elizabeth Del Cid hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court, Central District of California. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Wallace A. McDonald
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
Email: amcdonald@lpwpc.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Elizabeth Del Cid _____ Signature

Name: Elizabeth Del Cid
State where admitted and State Bar Number: California - 250962/New York - 533422
Business Address: 750 Lexington Avenue, 14th Floor, New York, NY 10022
Local Address [if different from above]:
Phone: 212-284-8812
Email: emd@brewerattorneys.com

## CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hereby certify that on the 7th day of September, 2022, a true and exact copy of the foregoing Motion for Admission *pro hac vice* was electronically filed with the Clerk's office using the CM/ECF system and served via the Court's CM/ECF system and/or via e-mail and/or U.S. mail upon the parties listed below. Parties may also access this filing through the Court's CM/ECF system.

Michael I. Kanovitz
Jon Loevy
LOEVY & LOEVY
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607
(p) 312-243-5900
(f) 312-243-5902
mike@loevy.com
jon@loevy.com
*Attorneys for Plaintiff*

Chadwick A. McTighe
STITES &HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202
(502) 681-0392
cmctighe@stites.com
*Attorneys for Plaintiff*

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

# BREWER
ATTORNEYS & COUNSELORS

NEW YORK NY 100

7 SEP 2022 PM 1 L

Clerk, U.S. District Court
719 Church Street, Suite 1300
Nashville, TN 37203

37203-709525

RECEIVED
in Clerk's Office

SEP 13 2022

U.S. District Court
Middle District of TN

BREWER ATTORNEYS & COUNSELORS
750 Lexington Avenue, 14th Floor • New York, NY 10022