# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Elizabeth M. Del Cid__, Bar No. __250962__

was duly admitted to practice in this Court on __November 28, 2007__
                                                        DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __September 6, 2022__
      Date

KIRY K. GRAY
Clerk of Court

by _/s/ Lupe Thrasher_, Deputy Clerk

G-52 (10/15)    CERTIFICATE OF GOOD STANDING - BAR MEMBER