```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675067194
Cashier ID: chastain
Transaction Date: 09/27/2022
Payer Name: Brewer Attorneys

PRO HAC VICE
  For: Brewer Attorneys
  Case/Party: D-TNM-3-07-AT-PROHAC-001
  Amount:        $150.00

Paper Check Conversion
  Amt Tendered:  $150.00

Total Due:       $150.00
Total Tendered:  $150.00
Change Amt:      $0.00

Elizabeth Del Cid
3:19-cv-679
```