# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA; LORANNDA BORJA; TODD CHESNEY; and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Defendant. | Case No. 3:19-cv-00679<br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley<br>Jury Trial |

## NOTICE OF WITHDRAWAL

Heather E. Sticht of the law firm Loey & Loevy hereby gives notice that John R. Wingo of Stites & Harbison PLLC is no longer counsel for the Plaintiffs. Heather Sticht, Michael I. Kanovitz, Jonathan I. Loevy, and Elizabeth C. Wang remain as counsel of record for Plaintiffs.

Respectfully submitted,

s/ Heather E. Sticht
Michael I. Kanovitz (*pro hac vice*)
Jonathan I. Loevy (*pro hac vice*)
Elizabeth C. Wang *(pro hac vice)*
Heather E. Sticht (BPR No. 030827)
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
Telephone (312) 243-5900
Email: mike@loevy.com
    jon@loevy.com
    elizabethw@loevy.com
    sticht@loevy.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2022, a true and exact copy of the foregoing Notice of Withdrawal was electronically filed with the Clerk's office using the CM/ECF system and served via the Court's CM/ECF system and/or via e-mail and/or U.S. mail upon the parties listed below. Parties may also access this filing through the Court's CM/ECF system.

| | |
|---|---|
| William A. Brewer<br>BREWER, ATTORNEYS & COUNSELORS<br>750 Lexington Ave., 14th Floor<br>New York, NY 10022<br>Email: wbb@brewerattorneys.com<br>*Counsel for Defendant National Rifle Association of America* | Wallace A. McDonald<br>LACY, PRICE & WAGNER, P.C.<br>249 N. Peters Rd., Suite 101<br>Knoxville, TN 37923<br>Email: amcdonald@lpwpc.com<br>*Counsel for Defendant National Rifle Association of America* |

s/ Heather E. Sticht
Heather E. Sticht