# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

                                                   Case No.

v.

                                                   Judge

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, _____ hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for _____.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

       1.       I am a member in good standing of the Northern District of Illinois. Attached is a Certificate of Good Standing from that court.

       2.       I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

       3.       I have not been found in contempt by any court or tribunal, except as provided below:

       4.       I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/_____ Signature

Name:

State where admitted and State Bar Number:

Business Address:

Local Address [if different from above]:

Phone:

Email:

**CERTIFICATE OF SERVICE**

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

\*\*FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Julia Therese Rickert

Northern District of Illinois

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Julia Therese Rickert was duly admitted to practice in said Court on (01/10/2011) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/09/2023 )

                                      Thomas G. Bruton , Clerk,
                                      By: Sarah Bouchard
                                          Deputy Clerk