# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| - against - | ) No: 3:19-CV-00679<br>) Judge William L. Campbell Jr. |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | )<br>) Magistrate Judge Chip Frensley<br>) |
| Defendant. | )<br>) |

## DEFENDANT'S INITIAL DISCLOSURES
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant the National Rifle Association of America (the "NRA" or "Defendant") makes these initial disclosures relating to the action against it by Plaintiffs David Dell'Aquila, Lorannda Borja, Todd Chesney, and Brent Weber, on behalf of themselves and all other similarly situated (collectively "Plaintiffs") as stated below.

The NRA makes these initial disclosures subject to, and without waiving, any right to protect from disclosure any and all documents and communications protected by the attorney-client privilege, attorney work-product doctrine, and any other applicable privilege or exemption from discovery. In addition, the NRA makes these initial disclosures without waiving any argument it may have concerning the relevancy or admissibility of, or proper weight to be accorded to, any of the materials or information disclosed or referenced herein. The NRA reserves the right to amend or supplement these initial disclosures based upon further investigation, further development of applicable facts, or receipt and review of Plaintiffs' responses or other information.

## DISCLOSURE PURSUANT TO RULE 26(a)(1)(A)(i)

The following individuals are likely to have discoverable information that Defendant may use to support its defenses in this action:

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 1. | Ackerman McQueen, Inc., Corporate Rep. | N/A | 1133 N Robinson Ave Oklahoma City, OK 73103 (405) 843-7777 | NRA solicitation of donations; NRA use of funds. |
| 2. | Alan Cors | NRA Board Member and Former President | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 3. | Allegiance Creative Group, Corporate Rep. | N/A | 11250 Waples Mill Rd Suite 310 Fairfax, VA 22030 (703) 272-1505 | NRA solicitation of donations; NRA use of funds. |
| 4. | Andrew Arulanandam | NRA Managing Director of Public Affairs | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 5. | Anthony Makris | President of Mercury Group, Inc. and Host of Under Wild Skies, Inc. | 201 N. Union St Suite 510 Alexandria, VA 22314 (703) 299-9470 | NRA solicitation of donations; NRA use of funds. |
| 6. | Associated Television Int'l, Corporate Rep. | N/A | 4401 Wilshire Blvd Los Angeles, CA 90010 (323) 556-5600 | NRA solicitation of donations; NRA use of funds. |
| 7. | Atlantis Resort, Corporate Rep. | N/A | c/o Brookfield Hospitality Properties, LLC 1000 S Pine Island Rd. Plantation, FL 33324 (954) 809-2100 | NRA use of funds. |

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 8. | Bill Powers | EVP for Public Affairs and Corporate Communications, Ackerman McQueen, Inc. | 1133 N Robinson Ave Oklahoma City, OK 73103 (405) 843-7777 | NRA solicitation of donations; NRA use of funds. |
| 9. | Brandon Winkler | CAO, Ackerman McQueen, Inc. | 1133 N Robinson Ave Oklahoma City, OK 73103 (405) 843-7777 | NRA use of funds. |
| 10. | Bryan Howard | Partner, Howard Mobley Hayes & Gontarek, PLLC | 2319 Crestmoor Rd Nashville, TN 37215 (615) 627-4444 | Plaintiffs' donations. |
| 11. | Brent Weber | Plaintiff | 6223 Highland Place Way Suite 201 Knoxville, TN 37919 (865) 304-4374 | NRA solicitation of donations; Plaintiffs' donations. |
| 12. | Brooke A. Berthelsen | Assistant Director of Planned Giving, NRA Office of Advancement | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 13. | Brooke Chiasson | Administrative Assistant, NRA Office of Advancement | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 14. | Callie Davis | Director, NRA Office of Advancement | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 15. | Carolyn Meadows | NRA President | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 16. | Charles Cotton | NRA Officer and Board Member | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 17. | Chris Cox | Former Executive Director of NRA-ILA | PO Box 320580<br>Alexandria, VA 22320 | NRA solicitation of donations; NRA use of funds. |
| 18. | Chris DeWitt | Assistant Director, NRA Office of Advancement | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 19. | Christie Majors | NRA Managing Director of Finance | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 20. | Colleen Gallagher | N/A | 11552 Marquette Dr<br>New Buffalo, MI 49117 | NRA use of funds. |
| 21. | Colleen Sterner | Former Co-Chair, NRA Women's Leadership Forum | 80390 Spring Creek Rd<br>Merna, NE 68856 | NRA use of funds. |
| 22. | Concord Social & Public Relations, Corporate Rep. | N/A | 11250 Waples Mill Rd<br>Suite 310<br>Fairfax, VA 22030 | NRA solicitation of donations; NRA use of funds. |
| 23. | Craig Spray | NRA CFO and Treasurer | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 24. | CXIII Rex, Corporate Rep. | N/A | 113 King St<br>Alexandria, VA 22314 | NRA use of funds. |
| 25. | Dan Boren | Former NRA Board Member | 3600 NW 174th St<br>Edmond, OK 73012<br>(580) 320-0435 | NRA solicitation of donations; NRA use of funds |

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 26. | Dave Butz | NRA Board Member | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 27. | David Coy | NRA Board Member | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 28. | David Dell'Aquila | Plaintiff | 6223 Highland Place Way Suite 201<br>Knoxville, TN 37919<br>(865) 304-4374 | NRA solicitation of donations; Plaintiffs' donations. |
| 29. | David Keene | NRA Board Member and Former President | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 30. | David McKenzie | Principal Stakeholder, Associated Television Int'l and Owner, Membership Marketing Partners | 4401 Wilshire Blvd<br>Los Angeles, CA 90010<br>(323) 556-5600 | NRA solicitation of donations; NRA use of funds. |
| 31. | David Valinski | Former Special Assistant to Lt. Col. Oliver North | 200 Bella Harbor Ct Unit 107<br>Palm Coast, FL 32137 | NRA use of funds. |
| 32. | Donald Chilcoate | Former Director, NRA Office of Advancement | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 33. | Edmund Martin | Chairman, Ackerman McQueen, Inc. | 1133 N Robinson Ave<br>Oklahoma City, OK 73103<br>(405) 843-7777 | NRA solicitation of donations; NRA use of funds. |
| 34. | Emily Cummins | Former NRA Risk Manager | 12104 Garden Grove Cir Unit 403<br>Fairfax, VA 22030 | NRA use of funds. |

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 35. | Esther Schneider | Former NRA Board Member | PO Box 76<br>Driftwood, TX 78619 | NRA solicitation of donations; NRA use of funds. |
| 36. | Gayle Stanford | I&IS Travel Principal | 6100 Kentland Ave<br>Woodland Hills, CA 91367 | NRA use of funds. |
| 37. | George Pond | Officer, NRA Office of Advancement | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 38. | GS2 Enterprises, Corporate Rep. | N/A | 5020 Hope Ln,<br>Sacramento, CA 9582 | NRA use of funds. |
| 39. | Gurney Sloan | CEO, Membership Marketing Partners | 66 Canal Center Plaza<br>Suite 750<br>Alexandria, VA 22314<br>(703) 272-1500 | NRA solicitation of donations; NRA use of funds. |
| 40. | Henry Martin | Chief Creative Officer, Ackerman McQueen, Inc. | 1133 N Robinson Ave<br>Oklahoma City, OK 73103<br>(405) 843-7777 | NRA solicitation of donations; NRA use of funds |
| 41. | HomeTelos, LP, Corporate Rep. | N/A | 2525 Knight Street<br>Suite 450<br>Dallas, TX 75219<br>(214) 306-9337 | NRA use of funds. |
| 42. | Il Ling New | NRA Board Member | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 43. | Int'l Order of St. Hubertus, Corporate Rep. | N/A | 2021 L Street, NW<br>Suite 101-288<br>Washington DC, 20036 | NRA use of funds. |

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 44. | Inventive Incentive & Insurance Services, Inc., Corporate Rep. | N/A | 6100 Kentland Ave Woodland Hills, CA 91367 (818) 999-2222 | NRA use of funds. |
| 45. | J. Pierce Shields | Former NRA Assistant Director of Planned Giving | Address Unknown | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 46. | Jacquelin Plunkett | Former NRA Employee | Address Unknown | NRA use of funds. |
| 47. | James Porter | NRA Board Member and Former President | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 48. | Jesse Greenberg | Chief Strategy Officer, Ackerman McQueen, Inc. | 1133 N Robinson Ave Oklahoma City, OK 73103 (405) 843-7777 | NRA solicitation of donations; NRA use of funds. |
| 49. | John Frazer | NRA Secretary and General Counsel | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 50. | Josh Powell | Former NRA Director of Operations | 11552 Marquette Dr New Buffalo, MI 49117 | NRA solicitation of donations; NRA use of funds. |
| 51. | Julie Golob | Former NRA Board Member | 105 S. Jefferson St. Suite C3 #136 Kearney, MO 64060 | NRA solicitation of donations; NRA use of funds. |
| 52. | Katie McQueen | EVP Management Supervisor, Ackerman McQueen, Inc. | 1133 N Robinson Ave Oklahoma City, OK 73103 (405) 843-7777 | NRA solicitation of donations; NRA use of funds. |

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 53. | Kimberly Nguyen | Manager, NRA Planned Giving Program | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 54. | Kyle Weaver | Former NRA Executive Director of General Operations | Address Unknown | NRA solicitation of donations; NRA use of funds. |
| 55. | Lacey Duffy | Vice President, Ackerman McQueen, Inc. | 1133 N Robinson Ave<br>Oklahoma City, OK 73103<br>(405) 843-7777 | NRA solicitation of donations; NRA use of funds. |
| 56. | Lance Olson | NRA Board Member | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 57. | Landini Brothers Restaurant, Corporate Rep. | N/A | 115 King St<br>Alexandria, VA 22314 | NRA use of funds. |
| 58. | Lathan Murphy | Interim Director of Gift Planning, NRA Office of Advancement | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 59. | Laura Evans | NRA Office of Advancement | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 60. | Laura McKenzie | N/A | 5630 Valley Oak Dr<br>Los Angeles, CA 90068 | NRA solicitation of donations; NRA use of funds. |
| 61. | Lorannda Borja | Plaintiff | 6223 Highland Place Way Suite 201<br>Knoxville, TN 37919<br>(865) 304-4374 | NRA solicitation of donations; Plaintiffs' donations. |

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 62. | Marion Hammer | NRA Board Member | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 63. | Marita Dell'Aquila | N/A | 862 Bresslyn Road<br>Nashville, TN 37205 | NRA solicitation of donations; Plaintiffs' donations. |
| 64. | Melanie Montgomery | EVP, Ackerman McQueen, Inc | 1133 N Robinson Ave<br>Oklahoma City, OK 73103<br>(405) 843-7777 | NRA solicitation of donations; NRA use of funds. |
| 65. | Melissa Coder | Former Director, NRA Advancement Services | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 66. | Melissa Diaz | Manager, NRA Gifts and Records | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 67. | Membership Marketing Partners, Corporate Rep. | N/A | 66 Canal Center Plaza<br>Suite 750<br>Alexandria, VA 22314<br>(703) 272-1500 | NRA solicitation of donations; NRA use of funds. |
| 68. | Mercury Group, Inc., Corporate Rep. | N/A | 201 N. Union St<br>Suite 510<br>Alexandria, VA 22314<br>(703) 299-9470 | NRA solicitation of donations; NRA use of funds. |
| 69. | Michael Marcellin | Former Managing Director, NRA Office of the Treasurer | 18343 Buccaneer Terrace<br>Leesburg, VA 20176 | NRA use of funds. |
| 70. | Nader Tavanger | EVP/ Managing Director, Ackerman McQueen, Inc. | 1133 N Robinson Ave<br>Oklahoma City, OK 73103<br>(405) 843-7777 | NRA solicitation of donations; NRA use of funds. |

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 71. | Nancy Richards | CEO, HomeTelos | 2525 Knight Street Suite 450 Dallas, TX 75219 (214) 306-9337 | NRA use of funds. |
| 72. | Nick Perrine | Former Assistant to Lt. Col. Oliver North | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 73. | Noe Landini | Owner of Landini Brothers Restaurants and CXIII REX | 113 King St Alexandria, VA 22314 | NRA use of funds. |
| 74. | Oliver North | NRA Board Member and Former President | 867 River Rd Bluemont, VA 20135 | NRA solicitation of donations; NRA use of funds. |
| 75. | Omni Air Transport, Corporate Rep. | N/A | 1833 S Morgan Rd Oklahoma City, OK 73128 | NRA use of funds. |
| 76. | Pete Brownell | Former NRA President | 3006 Brownells Pkwy Grinnell, IA 50112 | NRA solicitation of donations; NRA use of funds. |
| 77. | Rendon Group, Corporate Rep. | N/A | 1875 Connecticut Ave Washington, DC 20009 | NRA use of funds. |
| 78. | Revan McQueen | CEO, Ackerman McQueen, Inc. | 1133 N Robinson Ave Oklahoma City, OK 73103 (405) 843-7777 | NRA solicitation of donations; NRA use of funds. |
| 79. | Richard Childress | Former NRA Vice President | 9160 Hampton Rd Lexington NC 27295 | NRA solicitation of donations; NRA use of funds. |
| 80. | Rick Tedrick | Managing Director-Finance, NRA | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 81. | Robert Brown | NRA Board Member | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 82. | Robert Nosler | NRA Board Member | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 83. | Ron Schmeits | NRA Board Member | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 84. | RSM, Corporate Rep. | N/A | 13155 Noel Rd Suite 2200 Dallas, TX 75240 (972) 764.7100 | NRA use of funds. |
| 85. | Sandra Froman | NRA Board Member and Former President | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 86. | Scott Bach | NRA Board Member | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 87. | Sean Maloney | Former NRA Board Member | 4793 Willow Ridge Crt Liberty Township, OH 45011 | NRA solicitation of donations; NRA use of funds. |
| 88. | Shemane Nugent | Producer, SpiritWild Productions | 2424 Coopers Crossing China Springs, TX 76633 (254) 836-8338 | NRA use of funds. |
| 89. | SpiritWild Productions, Corporate Rep. | N/A | 2424 Coopers Crossing China Springs, TX 76633 (254) 836-8338 | NRA use of funds. |
| 90. | Steve Hart | Former NRA Outside Counsel | 2823 Fordham Rd NW Washington DC 20016 | NRA use of funds. |

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 91. | Susan LaPierre | Co-Chair, NRA Women's Leadership Forum | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA use of funds. |
| 92. | Susan Metts | NRA Regional Advancement Officer | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 93. | Susannah Kipke | Officer, NRA Office of Advancement | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 94. | Ted Nugent | NRA Board Member | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 95. | Terry Sterner | N/A | 80390 Spring Creek Rd<br>Merna, NE 68856 | NRA use of funds. |
| 96. | Tim Fisher | NRA Director of Planned Giving | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 97. | Timothy Knight | Former NRA Board Member | 2488 Bugle Call Way<br>Signal Mountain, TN 37377 | NRA solicitation of donations; NRA use of funds. |
| 98. | Todd Chesney | Plaintiff | 6223 Highland Place Way Suite 201<br>Knoxville, TN 37919<br>(865) 304-4374 | NRA solicitation of donations; Plaintiffs' donations. |
| 99. | Todd Grable | Executive Director, Membership at NRA | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 100. | Travis Junion | Officer, NRA Office of Advancement | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 101. | Tyler Schropp | Executive Director, NRA Office of Advancement | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 102. | Under Wild Skies, Corporate Rep. | N/A | 110 Franklin St Alexandria, VA, 22314 | NRA use of funds. |
| 103. | Vicki Clarke | Assistant Director of Planned Giving, NRA Office of Advancement | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds; Plaintiffs' donations. |
| 104. | Wayne LaPierre | NRA CEO and Executive Vice President | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 105. | Wayne Sheets | Former Executive Director of NRA Foundation | 221 Homeport Dr. Grasonville, MD 21638 | NRA solicitation of donations; NRA use of funds. |
| 106. | Willes Lee | NRA Officer | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA solicitation of donations; NRA use of funds. |
| 107. | William Winkler | CFO, Ackerman McQueen, Inc. | 1133 N Robinson Ave Oklahoma City, OK 73103 (405) 843-7777 | NRA solicitation of donations; NRA use of funds. |
| 108. | Wilson ("Woody") Phillips | Former NRA CFO and Treasurer | 4602 Gilbert Ave Dallas, TX 75219 (703) 626-6757 | NRA solicitation of donations; NRA use of funds. |

In addition, Defendant anticipates that other, unknown individuals may have discoverable information that it may use to support its defenses. Defendant incorporates by reference any other individuals disclosed by other parties in this matter and reserves the right to supplement these disclosures pursuant to Federal Rule of Civil Procedure 26(e).

Defendant also reserves the right to obtain discovery in support of its defenses from any witness identified in any other party's Rule 26(a)(1) disclosure.

## **DISCLOSURE PURSUANT TO RULE 26(a)(1)(A)(ii)**

Defendant submits the following description of documents, electronically stored information or tangible things in its personal possession, custody or control that Defendant may use to support its defenses, by category:

1. Documents regarding the solicitation of donations;
2. Communications between Plaintiffs and Defendant regarding donations;
3. Documents regarding the use of NRA funds;
4. Documents regarding NRA vendor and third-party expenses passed-through or otherwise charged to the NRA.

Defendant reserves the right to rely upon additional documents and information as the case develops and other facts and information are obtained or reviewed.

## **DISCLOSURE PURSUANT TO RULE 26(a)(1)(A)(iii)**

At this time, the NRA does not seek damages in this case.

## **DISCLOSURE PURSUANT TO RULE 26(a)(1)(A)(iv)**

The NRA will make available for inspection by Plaintiffs any and all insurance agreements that may indemnify or reimburse the NRA for any payments made to satisfy any judgment in this action, on conditions that any such agreements shall be: (i) treated as "attorneys' eyes only" and

14
DEFENDANT'S INITIAL DISCLOSURES
Case 3:19-cv-00679 Document 115-1 Filed 01/11/23 Page 14 of 16 PageID #: 1176

(ii) used solely for purposes of this litigation. The foregoing limitations shall apply unless and until modified by order of the Court or by express written agreement of the parties.

Dated: December 7, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ William A. Brewer*

　　　　　　　　　　　　　　　　　　　　LACY, PRICE & WAGNER PC
　　　　　　　　　　　　　　　　　　　　W. Allen McDonald
　　　　　　　　　　　　　　　　　　　　249 N. Peters Rd., Suite 101
　　　　　　　　　　　　　　　　　　　　Knoxville, TN 37923
　　　　　　　　　　　　　　　　　　　　(865)-246-0800

　　　　　　　　　　　　　　　　　　　　BREWER, ATTORNEYS & COUNSELORS
　　　　　　　　　　　　　　　　　　　　William A. Brewer (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　750 Lexington Avenue, 14th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　(212)-489-1400
　　　　　　　　　　　　　　　　　　　　*ATTORNEYS THE NATIONAL RIFLE*
　　　　　　　　　　　　　　　　　　　　*ASSOCIATION OF AMERICA*

## CERTIFICATE OF SERVICE

I, William A. Brewer, hereby certify that I served a true and correct copy of the foregoing via email to the following counsel of record.

Elliott J. Schuchardt
SCHUCHARDT LAW FIRM
6223 Highland Place Way, Suite 201
Knoxville, TN 37919
Phone: (865) 304-4374
Email: elliott016@gmail.com
*Counsel for Plaintiffs*

Date: December 7, 2020

*/s/ William A. Brewer*