# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| - against - | ) No: 3:19-CV-00679<br>) Judge William L. Campbell Jr. |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) Magistrate Judge Chip Frensley<br>) |
| Defendant. | ) |

## DEFENDANT'S SUPPLEMENTAL INITIAL DISCLOSURES
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant the National Rifle Association of America ("NRA" or "Defendant") makes these supplemental initial disclosures relating to the action against it by Plaintiffs David Dell'Aquila, Lorannda Borja, Todd Chesney, and Brent Weber, on behalf of themselves and all other similarly situated (collectively, "Plaintiffs") as stated below.

The NRA makes these supplemental initial disclosures subject to, and without waiving, any right to protect from disclosure any and all documents and communications protected by the attorney-client privilege, attorney work-product doctrine, and any other applicable privilege or exemption from discovery. In addition, the NRA makes these initial disclosures without waiving any argument regarding the relevance, admissibility, or proper weight to be accorded any of the materials or information disclosed or referenced herein. The NRA reserves the right to amend or

supplement these supplemental initial disclosures based upon further investigation, development of additional facts, or receipt and review of Plaintiffs' responses or other information.

**SUPPLEMENTAL DISCLOSURE PURSUANT TO RULE 26(a)(1)(A)(ii)**

Defendant submits the following description of documents, electronically stored information or tangible things in its personal possession, custody or control that Defendant may use to support its defenses, by category:

1. Documents regarding the solicitation of donations from Plaintiffs;
2. Communications between Plaintiffs and Defendant regarding donations;
3. Documents regarding the use of NRA funds; and
4. Documents regarding certain NRA vendor and third-party expenses passed-through or otherwise charged to the NRA.

The location of these categories of documents is the NRA Headquarters, the NRA's servers and/or electronic mail.

Defendant reserves the right to rely upon additional documents and information as the case develops and other facts and information are obtained or reviewed.

Dated: December 9, 2022          Respectfully submitted,

By: /s/ William A. Brewer

LACY, PRICE & WAGNER PC
W. Allen McDonald
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
(865)-246-0800

BREWER, ATTORNEYS & COUNSELORS
Elizabeth Del Cid (admitted *pro hac vice*)
William A. Brewer (admitted *pro hac vice*)

750 Lexington Avenue, 14th Floor
New York, NY 10022
(212)-489-1400

*ATTORNEYS THE NATIONAL RIFLE
ASSOCIATION OF AMERICA*

3

DEFENDANT'S SUPPLEMENTAL INITIAL DISCLOSURES

## CERTIFICATE OF SERVICE

I, William A. Brewer, hereby certify that I served a true and correct copy of the foregoing via email to the following counsel of record.

To: Michael I. Kanovitz, Esq. (admitted *pro hac vice*)
Elizabeth Wang (admitted *pro hac vice*)
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Phone: 312-243-5900
E-mail: mike@loevy.com

*Attorney for the Plaintiffs*

Date: December 9, 2022

                                             */s/ William A. Brewer*