IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Defendant. | Case No. 3:19-cv-00679<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Jefferey S. Frensley |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND
THE CLASS CERTIFICATION BRIEFING SCHEDULE**

Named Plaintiffs, David Dell'Aquila *et al.* ("Plaintiffs"), by and through their undersigned counsel, respectfully move the Court to amend the class certification briefing schedule. In support, Plaintiffs state:

1. The current deadline for Plaintiffs to file a motion for class certification is March 27, 2023. Dkt. 103 at 3.

2. As discussed during the status conference on February 22, 2023, the parties are still in the process of completing discovery potentially relevant to class certification.

3. Accordingly, Plaintiffs propose that the current deadline for their class certification motion be stricken and that a status conference to determine a new class certification deadline be set for on or after May 1, 2023.

4. Two days prior to the status hearing, the parties will provide the Court with a status report covering the progress of discovery and the class certification motion.

1

WHEREFORE, Plaintiffs ask the Court to grant this motion to amend the class certification briefing schedule.

Dated: March 23, 2023

Respectfully submitted,

s/ Michael Kanovitz
*One of Plaintiffs' Attorneys*

Michael I. Kanovitz (*pro hac vice*)
Jonathan I. Loevy (*pro hac vice*)
Julia Rickert (*pro hac vice*)
Tom Hanson (*pro hac vice*)
Jordan Poole (*pro hac vice*)
Heather Sticht (BPR 030827)
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: (312) 243-5900
mike@loevy.com

Elizabeth Wang (*pro hac vice*)
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, a true and exact copy of Plaintiffs' Unopposed Motion to Amend the Class Certification Briefing Schedule was electronically filed with the Clerk's Office using the the CM/ECF filing system and served via the Court's CM/ECF system and/or via email and/or U.S. Mail upon the parties listed below. Parties may also access this filing through the Court's CM/ECF system.

William A. Brewer
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Ave., 14th Floor
New York, NY 10022
Email: wbb@brewerattorneys.com

and

Wallace A. McDonald
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
Email: amcdonald@lpwpc.com

    Respectfully submitted,
    s/ Michael Kanovitz
    *One of Plaintiffs' Attorneys*

Michael I. Kanovitz (*pro hac vice*)
Jonathan I. Loevy (*pro hac vice*)
Julia Rickert (*pro hac vice*)
Tom Hanson (*pro hac vice*)
Jordan Poole (*pro hac vice*)
Heather Sticht (BPR 030827)
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: (312) 243-5900
mike@loevy.com

Elizabeth Wang (*pro hac vice*)
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com

*Counsel for Plaintiffs*