**MOTION GRANTED.**

*[Signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, AND BRENT WEBER, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br> Defendant. | § § § § § § § § § § § § § § § § CASE NO. 3:19-cv-00679 <br><br> Judge William L. Campbell, Jr. <br><br> Magistrate Jefferey S. Frensley |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), the Parties jointly move the Court for entry of the Agreed Protective Order attached as Exhibit 1 ("Protective Order"). The Parties agree that disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or attorneys' eyes only information for which special protection may be warranted. Accordingly, the Parties jointly move the Court to enter the Protective Order.

Dated: March 23, 2023

Respectfully submitted,

/s/ W. Allen McDonald
W. Allen McDonald
**LACY PRICE & WAGNER P.C.**
249 N. Peters Rd. Suite 101
Knoxville, TN 37923

William A. Brewer (*pro hac vice*)
**BREWER ATTORNEYS AND COUNSELORS**
wbb@brewerattorneys.com
750 Lexington Avenue, 14th Floor

New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (214) 653-1015

*ATTORNEYS FOR DEFENDANT*

 /s/ Julia Rickert
Julia Rickert

Michael I. Kanovitz (*pro hac vice*)
Jonathan I. Loevy (*pro hac vice*)
Julia Rickert (*pro hac vice*)
Thomas Hanson (*pro hac vice*)
Jordan Poole (*pro hac vice*)
Heather Sticht (BPR 030827)
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: (312) 243-5900
julia@loevy.com

Elizabeth Wang (*pro hac vice*)
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF CONFERENCE

I hereby certify I conferred with counsel of record. Plaintiffs' counsel indicated in writing on March 17, 2023, that they are not opposed to the relief requested in this motion.

/s/ William A. Brewer
William A. Brewer

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing *Joint Motion for Entry of a Protective Oder* to be electronically filed with the Clerk of the Court on March 23, 2023, using the CM/ECF system, which will send notification to all counsel of record as listed below.

William A. Brewer, Esq.
750 Lexington Avenue, 14th Floor
New York, NY 10022
Email: wbb@brewerattorneys.com
*Co-Counsel for National Rifle Association*

John R. Wingo, Esq.
401 Commerce Street, Suite 800
Nashville, TN 37219
Email: john.wingo@stites.com

Michael I. Kanovitz
Jonathan I. Loevy
Julia Rickert
Thomas Hanson
Jordan Poole
Heather Sticht
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
Email: mike@loevy.com
jon@loevy.com
julia@loevy.com
hanson@loevy.com
poole@loevy.com
sticht@loevy.com

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway
Ste 460
Boulder CO 80302
elizabethw@loevy.com

/s/ W. Allen McDonald
W. Allen McDonald