IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Defendant. | Case No. 3:19-cv-00679<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Jefferey S. Frensley |

**JOINT STATUS REPORT REGARDING THE
STATUS OF DISCOVERY AND SCHEDULING MATTERS**

Come now, Plaintiffs David Dell'Aquila, Lorannda Borja, Todd Chesney, and Brent Weber (collectively, "Plaintiffs") and Defendant the National Rifle Association of America ("Defendant" or the "NRA") (collectively, the "parties"), and submit the following Joint Status Report regarding the progress of discovery and proposing a schedule for Plaintiffs' motion for class certification pursuant to the Court Order, dated March 24, 2023 (Dkt. 126).

A. **Plaintiffs**

1. **Plaintiffs' Discovery Requests**

On May 10, 2023, Defendants produced documents in compliance with the Court's order of February 15, 2023 (Dkt. 120), which Plaintiffs understand completes Defendant's document production. Plaintiffs are in the process of reviewing Defendant's production.

Defendant's responses to Plaintiffs' Second Set of Interrogatories are due on May 18, 2023. These interrogatories bear directly on issues relevant to class certification.

1

**2. Defendant's Discovery Requests**

On May 11, 2023, Plaintiffs served supplemental responses to Defendant's Second Set of Interrogatories and Second Set of Requests for Admission. Plaintiffs have been producing documents in response to Defendant's Requests for Production on a rolling basis, with the most recent batch produced on May 11. Plaintiffs anticipate completing their document production by May 26.

**3. Motion for Leave To File Amended Complaint**

As discussed at the status hearing that was held on February 22, 2023, Plaintiffs will seek leave to file a Third Amended Complaint. Plaintiffs will file their motion for leave within 14 days of receiving adequate responses from Defendant to their Second Set of Interrogatories. Those responses, as stated above, are due from Defendant on May 18. Plaintiffs will raise any deficiencies in those responses promptly after receiving them. Plaintiffs will submit their proposed amended complaint to Defendant two business days in advance of filing their motion for leave to amend.

**4. Class Certification Motion**

Plaintiffs propose that the Court set a deadline for their class certification motion of October 23, 2023 or thereafter.

**B.** **Defendant**

**1. Plaintiffs' Discovery Requests**

On May 10, 2023, the NRA completed its production in compliance with the Court's order, dated February 15, 2023 (Dkt. 120). The NRA produced 7,250 pages of documents in response to Plaintiffs' discovery requests. The NRA's responses to Plaintiffs' Second Set of Interrogatories are due on May 18, 2023.

**2. Defendant's Discovery Requests**

### a. Plaintiffs' Responses to NRA's Second Set of Interrogatories and Requests for Admissions

On December 23, 2023, the NRA served Plaintiffs a Second Interrogatories and Second Set of RFAs concerning opposing counsel's fitness to serve as class counsel. Plaintiffs objected and provided no information. On February 24, 2023, counsel for the parties met and conferred in person regarding the Second Interrogatories and Second RFAs. Plaintiffs subsequently agreed to amend their responses. On May 11, 2023, Plaintiffs served their amended responses. The NRA's review of same is ongoing.

### b. Plaintiffs' Responses to NRA's First Set of Requests for Production of Documents

Counsel conducted an in-person meet and confer regarding the NRA's First Set of RFPs on February 24, 2023. At the meet and confer, Plaintiffs' counsel agreed to supplement their productions in response to the NRA's First Set of RFPs and to amend their written responses to reflect when Plaintiffs' production as to each request is complete. On May 11, 2023, Plaintiffs transmitted a supplemental production to the NRA, consisting of approximately 946 pages of documents. The NRA's review of same is ongoing. The NRA understands that Plaintiffs have not yet completed their productions in response to the First Set of RFPs.

### c. ESI Protocol

The parties continue to negotiate the terms of an ESI Protocol.

### 3. Plaintiffs' Potential Motion for Leave to File Third Amended Complaint

The NRA reserves the right to oppose any motion for leave to amend.

### 4. Class Certification Deadline

Based on the foregoing, the NRA proposes that the Court set a deadline for Plaintiffs to file a motion for class certification, if any, on or before October 18, 2023.

By:   */s/ Julia Rickert*
Michael I. Kanovitz, Esq. (admitted *pro hac vice*)
Julia Rickert (admitted *pro hac vice*)
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Phone: 312-243-5900
mike@loevy.com
julia@loevy.com
*Attorneys for the Plaintiffs*

By: */s/ William A. Brewer*
Wallace A. McDonald
BPR No. 016210
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd.
Suite 101
Knoxville, TN 37923
Phone: 865-246-0800
Email: amcdonald@lpwpc.com

William A. Brewer (admitted *pro hac vice*)
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Ave, Floor 14
New York, NY 10013
Phone: 212-489-1400
Email: wbb@brewerattorneys.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 12, 2023, a true and exact copy of the Joint Status Report was electronically filed with the Clerk's Office using the CM/ECF filing system and served via the Court's CM/ECF system and/or via email and/or U.S. Mail upon the parties listed below. Parties may also access this filing through the Court's CM/ECF system.

William A. Brewer
Elizabeth DelCid
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Ave., 14th Floor
New York, NY 10022

Email: wbb@brewerattorneys.com
emd@brewerattorneys.com

and

Wallace A. McDonald
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
Email: amcdonald@lpwpc.com

                                                Respectfully submitted,

                                                */s/ Julia Rickert*
                                                One of Plaintiffs' Attorneys