IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILLA, et al ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: 3:19-cv-679 |
| ) | Judge Campbell/Frensley |
| NATIONAL RIFLE ASSOCIATION OF ) | |
| AMERICA ) | |
|     Defendant. ) | |

## ORDER

The Court held a case management conference with the Parties on May 15, 2023 to discuss the status of discovery and issues relating to the scheduling order in this case.

It appears that the discovery is on track and the Parties discussed the anticipated dates of completion of document production and other discovery responses.

Any motions to amend the pleadings shall be filed by **June 30, 2023**.

Plaintiff shall file their motion for class certification on or before **October 20, 2023**. Defendant shall respond by **November 20, 2023**. Any optional reply shall be filed by **December 4, 2023**.

IT IS SO ORDERED.

                                                        **JEFFERY S. FRENSLEY**
                                                        **United States Magistrate Judge**