# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

David Dell'Aquilla, et al

v.

National Rifle Association of America

Case No. 3:19-cv-679

Judge William L. Campbell, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Malvina Palloj hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court Southern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

Please see attachment A a copy of Certificate of Disposition and Driving Record History. New York driver's license currently active and valid, Id No. 878184312 expires 03/20/2028.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Wallace A. McDonald
LACY, PRICE & WAGNER, P.C.
1249 N. Peters Rd., Suite 101
Knoxville, TN 37923

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Malvina Palloj                Signature

Name: Malvina Palloj

State where admitted and State Bar Number: New York - 5980198

Business Address: 750 Lexington Avenue, 14th Floor, New York, NY 10022

Local Address [if different from above]:

Phone: 212-224-8801

Email: mpalloj@brewerattorneys.com

# CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hereby certify that on the 5th day of June 2023, a true and exact copy of the foregoing Motion for Admission pro hac vice was electronically filed with the Clerk's office using the CM/ECF system and served via the Court's CM/ECF system and/or via e-mail and/or U.S. mail upon the parties listed below. Parties may also access this filing through the Court's CM/ECF system.

Wallace A. McDonald
LACY, PRICE & WAGNER, P.C.
1249 N. Peters Rd., Suite 101
Knoxville, TN 37923
Email: amcdonald@lpwpc.com

"See Attachment B"

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

# Attachment A

**CERTIFICATE OF DISPOSITION**
DISTRICT COURT OF NASSAU COUNTY - HEMPSTEAD
==========================================================================

```
THE PEOPLE OF THE STATE OF NEW YORK          DOCKET NUMBER:      2011NA024756
                  VS.                        DATE OF BIRTH:      03/20/1990
PALLOJ,MALVINA
128 SEAVIEW AVE                              DATE OF ARREST/ISSUE: 11/05/2011
STATEN ISLAND NY 10304                       SUMMONS #:          BD3262335
```

**ARRAIGNMENT CHARGES:**

```
VTL 1192.2 02 UM        OPERATE MOTOR VEHICLE WITH .08 OF 1% ALCOHOL-
VTL 1180.D 0D I         SPEEDING VIOLATION
VTL 1128.A 0A I         FAILURE TO STAY IN SINGLE LANE
```

DATE OF PLEA:         01/13/2012    JUDGE: VOUTSINAS,H    PART: C4

DATE OF DISPOSITION:  01/13/2012    JUDGE: VOUTSINAS,H    PART: C4


**DISPOSITIONS:**

```
VTL 1192.2 02 UM        OPERATE MOTOR VEHICLE WITH .08 OF 1% ALCOHOL-
                        REDUCED TO VTL 1192.1 01(I )
VTL 1180.D 0D I         SPEEDING VIOLATION
                        COVERED BY VTL 1192.1 01(I )
VTL 1128.A 0A I         FAILURE TO STAY IN SINGLE LANE
                        COVERED BY VTL 1192.1 01(I )
VTL 1192.1 01 I         OPERATING VEHICLE-ABILITY IMPAIRED BY ALCOHOL
                        PLED GUILTY
                        FINE = $300(PAID)
                        CONDITIONAL DISCHARGE = 1 YEAR
                        LICENSE SUSPENSION 90 DAY(S)

                        CVAF = $5(PAID)
                        SURCHARGE = $250(PAID)
```

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

```
MICHAEL BEGANSKAS                      09/23/2014          FEE: 5.00
CLERK OF THE COURT                     DATE                NUMBER: 283302
```

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL.)

## ABSTRACT OF LIFETIME DRIVING RECORD

**DOCUMENT #:** 1465645  **PRINT DATE:** 01/16/2023
**TIME: 19:49:10**  **OPERATOR:** WEB  **OFFICE:** WEB

**ID NUMBER:** 878184312

PALLOJ,MALVINA
128 SEAVIEW AVE
STATEN ISLAND, NY 10304-2836

**MAILING COUNTY**: RICHMOND

**NAME ON LICENSE/ID:** PALLOJ MALVINA

**DATE OF BIRTH**: 03/20/1990  **SEX:** F
**HEIGHT:** 5-00  **EYE COLOR:** BROWN

**RESTRICTIONS**: CORRECTIVE LENSES

**LICENSE CLASS:** *D*  **STATUS:** VALID  **EXPIRATION:** 03/20/2028

**ENDORSEMENTS:** NONE

**19A STATUS:** NOT APPLICABLE
**HAZMAT STATUS:** NOT APPLICABLE

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*ACTIVITY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CLASS CHANGE / PRIVILEGE CHANGE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CLASS CHANGE:** NEW: *D*  **OLD:** *DJ*  03/20/2008
**CLASS CHANGE:** NEW: *DJ*  **OLD:** PERMIT  10/31/2007

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*DOCUMENTS ISSUED\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| CLASS | ISSUED | TYPE |
|---|---|---|
| **CLASS:** D | **ISSUED:** 03/16/2020 | **TYPE:** LICENSE |
| **CLASS:** D | **ISSUED:** 05/31/2012 | **TYPE:** LICENSE |
| **CLASS:** I | **ISSUED:** 01/18/2012 | **TYPE:** ID-ONLY |
| **CLASS:** I | **ISSUED:** 12/30/2011 | **TYPE:** ID-ONLY |
| **CLASS:** D | **ISSUED:** 02/18/2011 | **TYPE:** LICENSE |
| **CLASS:** D | **ISSUED:** 11/25/2009 | **TYPE:** LICENSE |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SURRENDERS / RECIPROCITY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DOCUMENT SURRENDERED ON:** 12/30/0011  **TO:** NY
**RETURNED TO NY ON**: 05/31/0012

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*IMPAIRED DRIVING PROGRAM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The Undersigned certifies, on behalf of the New York State Department of Motor Vehicles (DMV), that this document is a true and complete copy of an electronic record that is on file at DMV, in Albany, New York. This record was made in the ordinary course of DMV's regular business. It is the business of the DMV to create and maintain the records of drivers in the State of New York. Entries in this document are made contemporaneously with the time the recorded transactions or events took place, or within a reasonable time thereafter. The person who reports the information to record such transactions or events performs this function pursuant to a business duty to do so accurately.

ABS-9 (1/19) HP  Page 1 of 3  *Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

**DOCUMENT #:** 1465645                                      **PRINT DATE:** 01/16/2023
**TIME: 19:49:10**            **OPERATOR:** WEB              **OFFICE:** WEB

**ID NUMBER:** 878184312

**START DATE:** 04/09/2012   **PROVIDER:** 0081              **END DATE:** 05/21/2012
                              **PROVIDER:** 0081             **STATUS:** COMPLETED

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SUSPENSIONS / REVOCATIONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NON-SCOFFLAWS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**SUSPENSION EFFECTIVE:** 01/13/2012
**REASON:** DRIVING WHILE ABILITY IMPAIRED BY ALCOHOL
**ORDER#:** D1201210000                                      **TICKET #:** BD3262335
**CLASS AFFECTED:** ALL       **PERIOD:** 90 DAYS
                              **TERMINATION FEE:** $50 PAID
**CLEAR ON:** 04/13/2012      **REASON:** TIME SERVED

**SUSPENSION EFFECTIVE:** 11/05/2011
**REASON:** PENDING PROSECUTION BY COURT, BLOOD ALCOHOL COUNT
**ORDER#:** A1111150000                                      **TICKET #:** BD3262335
**CLASS AFFECTED:** ALL       **PERIOD:** ORDER DEPENDENT
                              **TERMINATION FEE:** NO FEE DUE
**CLEAR ON:** 01/13/2012      **REASON:** REQUIREMENTS MET

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONVICTIONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CONVICTION:** DRIVING WHILE ABILITY IMPAIRED BY ALCOHOL
**VIOLATION:** 11/05/2011              **CONVICTED ON:** 01/13/2012
**LOCATION:** NASSAU COUNTY
**PENALTY:** FINE-$300
**COMMERCIAL VEHICLE:** N              **HAZMAT:** N          **TICKET #:** BD3262335

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*ADDRESS HISTORY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**POSTED:** 03/16/2020                                       **TYPE:** MAILING
**ADDRESS:** 128 SEAVIEW AVE                                 **COUNTY:** RICHMOND
STATEN ISLAND, NY 10304-2836                                 **COUNTRY:** US

The Undersigned certifies, on behalf of the New York State Department of Motor Vehicles (DMV), that this document is a true and complete copy of an electronic record that is on file at DMV, in Albany, New York. This record was made in the ordinary course of DMV's regular business. It is the business of the DMV to create and maintain the records of drivers in the State of New York. Entries in this document are made contemporaneously with the time the recorded transactions or events took place, or within a reasonable time thereafter. The person who reports the information to record such transactions or events performs this function pursuant to a business duty to do so accurately.

*Mark JF. Schroeder*

ABS-9 (1/19) HP                 Page 2 of 3

COMMISSIONER OF MOTOR VEHICLES

**ABSTRACT OF LIFETIME DRIVING RECORD**

**DOCUMENT #:** 1465645  **PRINT DATE:** 01/16/2023
**TIME:** 19:49:10   **OPERATOR:** WEB   **OFFICE:** WEB

**ID NUMBER:** 878184312

**POSTED:** 04/02/2014  **TYPE:** MAILING
**ADDRESS:** 2468 86TH ST APT 2RT  **COUNTY:** KINGS
BROOKLYN, NY 11214-4451  **COUNTRY:** US

**POSTED:** 05/31/2012  **TYPE:** MAILING
**ADDRESS:** 128 SEAVIEW AVE  **COUNTY:** RICHMOND
STATEN ISLAND, NY 10304-2836  **COUNTRY:** US

**POSTED:** 11/25/2009  **TYPE:** MAILING
**ADDRESS:** 128 SEAVIEW AVE  **COUNTY:** RICHMOND
STATEN ISLAND, NY 10304-2836  **COUNTRY:** US

**POSTED:** 05/07/2007  **TYPE:** MAILING
**ADDRESS:** 1412 E2ND ST EAPT 2F  **COUNTY:** KINGS
BROOKLYN, NY 11230-5516  **COUNTRY:** US

****************************END OF ABSTRACT****************************

The Undersigned certifies, on behalf of the New York State Department of Motor Vehicles (DMV), that this document is a true and complete copy of an electronic record that is on file at DMV, in Albany, New York. This record was made in the ordinary course of DMV's regular business. It is the business of the DMV to create and maintain the records of drivers in the State of New York. Entries in this document are made contemporaneously with the time the recorded transactions or events took place, or within a reasonable time thereafter. The person who reports the information to record such transactions or events performs this function pursuant to a business duty to do so accurately.

Page 3 of 3

*Mark J.F. Schroeder*

ABS-9 (1/19) HP

COMMISSIONER OF MOTOR VEHICLES

# Attachment B

Elizabeth C. Wang
Loevy & Loevy (Boulder)
2060 Broadway
Suite 460
Boulder, CO 80302
(720) 328-5642
Email: elizabethw@loevy.com


Heather Elizabeth Sticht
Loevy & Loevy
311 N Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
Email: sticht@loevy.com


John R. Wingo
Stites & Harbison, PLLC (Nashville Office)
401 Commerce Street
Suite 800
Nashville, TN 37219
(615) 782-2263
Fax: (615) 742-4106
Email: john.wingo@stites.com


Jon Loevy
Loevy & Loevy
311 N. Aberdeen
3rd FL
Chicago, IL 60607
(312) 243-5900
Email: jon@loevy.com


Jordan Cosby Poole
Loevy & Loevy
311 N Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
Email: poole@loevy.com

Michael Kanovitz
Loevy & Loevy
311 N Aberdeen Street
Third Floor
Chicago, IL 60607
(312) 243-5900
Email: mike@loevy.com
PRO HAC VICE


Thomas M. Hanson
Loevy & Loevy
311 N Aberdeen Street
Third Floor
Chicago, IL 60607
(312) 243-5900
Fax: (312) 243-5902
Email: hanson@loevy.com