# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____MALVINA  PALLOJ_____, Bar # _____----_____

was duly admitted to practice in the Court on

_____April 11, 2023_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  _____April 11, 2023_____
         New York, New York

_____Ruby J. Krajick_____  By  *[signature]*
   Clerk of Court              Deputy Clerk