IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs* <br><br> v. <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA <br><br> *Defendant.* | Case No. 3:19-cv-679 <br><br> Judge William L. Campbell <br><br> Mag. Judge Chip Frensley |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN EXHIBIT UNDER SEAL

NOW COMES Plaintiffs, by their attorneys LOEVY & LOEVY, and respectfully move for Leave to File a Certain Exhibit Under Seal. In support, Plaintiff states as follows:

1. Plaintiffs have filed a Motion for Leave To File Third Amended Complaint. Dkt. 131. Attached to the motion as an exhibit is Plaintiffs proposed Third Amended Complaint. The version of the proposed complaint that is filed on the public docket includes redactions in three paragraphs. *See* ¶¶ 30-32.

2. These paragraphs have been redacted because they quote documents that Defendant National Rifle Association ("NRA") disclosed during discovery and designated as CONFIDENTIAL under the protective order the Parties have negotiated. Therefore, Plaintiff seeks leave to file a non-redacted version of the proposed Third Amended Complaint under seal.

3. Consistent with the protective order (Dkt. 125), good cause exists to allow Plaintiff to file these documents under seal rather than publicly.

1

4. Pursuant to the protective order, Plaintiff reserves the right to challenge NRA's designation of these documents as confidential, but the Parties have not engaged in a meet and confer regarding that issue at the time of this filing.

WHEREFORE, Plaintiffs respectfully request leave to file an unredacted exhibit to the Motion for Leave To File Third Amended Complaint under seal.

DATED: June 30, 2023

Respectfully submitted,

s/ Julia Rickert
*One of Plaintiffs' Attorneys*

Michael I. Kanovitz (*pro hac vice*)
Jonathan I. Loevy (*pro hac vice*)
Julia Rickert (*pro hac vice*)
Thomas Hanson (*pro hac vice*)
Heather Sticht (BPR 030827)
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: (312) 243-5900
julia@loevy.com

Elizabeth Wang (*pro hac vice*)
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2023, a true and exact copy of Plaintiffs' Motion to Seal was electronically filed with the Clerk's Office using the the CM/ECF filing system and served via the Court's CM/ECF system and/or via email and/or U.S. Mail upon the parties listed below. Parties may also access this filing through the Court's CM/ECF system.

William A. Brewer
Malvina Palloj
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Ave., 14th Floor
New York, NY 10022
Email: wbb@brewerattorneys.com
mpalloj@brewerattorneys.com

and

Wallace A. McDonald
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd., Suite 101
Knoxville, TN 37923
Email: amcdonald@lpwpc.com

    Respectfully submitted,
    s/ Julia Rickert
    *One of Plaintiffs' Attorneys*

    Michael I. Kanovitz (*pro hac vice*)
    Jonathan I. Loevy (*pro hac vice*)
    Julia Rickert (*pro hac vice*)
    Thomas Hanson (pro hac vice)
    Heather Sticht (BPR 030827)
    LOEVY & LOEVY
    311 N. Aberdeen St., 3rd Fl.
    Chicago, IL 60607
    O: (312) 243-5900
    julia@loevy.com

    Elizabeth Wang (*pro hac vice*)
    LOEVY & LOEVY
    2060 Broadway, Ste. 460
    Boulder, CO 80302
    O: (720) 328-5642
    elizabethw@loevy.com

    *Counsel for Plaintiffs*