# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA<br><br>Defendant. | Case No. 3:19-cv-00679<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Jefferey S. Frensley |

## NATIONAL RIFLE ASSOCIATION OF AMERICA'S UNOPPOSED [PROPOSED] ORDER

**AND NOW**, on this _____ day of _____, 2023, upon consideration of National Rifle Association of America's ("NRA") For Extension of Time to File Response to Plaintiffs' Motion for Leave to Amend Complaint, all supporting papers thereto, it is therefore:

**ORDERED** that the Motion is **GRANTED**.

**ORDERED** that the deadline for NRA's response to Plaintiffs' Motion for Leave to Amend Complaint is extended to July 25, 2023.

**ORDERED** that except for the modifications provided in the order, all other provisions in the Order setting case deadlines (Dkt. 128) remain in full force and affect.

**SO ORDERED.**  BY THE COURT:

_____
United States Magistrate Judge