IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA<br><br>Defendant. | Case No. 3:19-cv-00679<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Jefferey S. Frensley |

**NATIONAL RIFLE ASSOCIATION OF AMERICA'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS'
MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant, National Rifle Association of America ("Defendant") pursuant to Fed. R. Civ. P. 6(b)(1) and LR 6.01(a), respectfully moves this Court for an extension of time up to and including July 25, 2023, to respond to Plaintiffs' Motion for Leave to Amend Complaint (Dkt. Nos. 131-133). In Support of its Motion, Defendant states as follows:

1. On June 30, 2023, before the 4th of July weekend, Plaintiffs filed their Motion for Leave to Amend Complaint (Dkt. Nos. 131-133). As such, the original deadline for Defendant's opposition is July 14, 2023.

2. On June 30, 2023, Plaintiffs also served on Defendant a production of Documents in response to Defendant's discovery requests.

3. On July 7, 2023, via email, Plaintiffs' Counsel conveyed that Plaintiffs have no objection to an extension of the original deadline to July 25, 2023.

1

4. Except for this extension request and modification, all other deadlines in the Order setting case deadlines (Dkt. 128) remain in full force and effect. Plaintiff shall file their motion for class certification on or before October 20, 2023. Defendant shall respond by November 20, 2023. Any optional reply shall be filed by December 4, 2023.

For these reasons, Defendant respectfully requests that the Court grant this Motion and grant an extension of time up to and including July 25, 2023, to respond to Plaintiffs' Motion for Leave to File Third Amended Complaint.

By: /s/ Wallace A. McDonald
Wallace A. McDonald
BPR No. 016210
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd.
Suite 101
Knoxville, TN 37923
Phone: 865-246-0800
Email: amcdonald@lpwpc.com

*Attorneys for Defendant*

By: /s/Malvina Palloj
William A. Brewer (admitted *pro hac vice*)
Malvina Palloj (admitted *pro hac vice*)
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Ave, Floor 14
New York, NY 10013
Phone: 212-489-1400
Email: wbb@brewerattorneys.com
Email: mpalloj@brewerattorneys.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I, Malvina Palloj, hereby certify that I caused a true and exact copy of the foregoing to be electronically filed with the Clerk of the Court on July 7, 2023, using the CM/ECF system, which will send notification to all counsel of record as listed below.

John R. Wingo, Esq.
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Email: john.wingo@stites.com

Thomas M. Hanson
Michael Kanovitz
Jonathan I. Loevy
Jordan Cosby Poole
Julia Rickert
Heather Elizabeth Sticht
Loevy & Loevy
311 N Aberdeen Street
Third Floor
Chicago, IL 60607
Email: hanson@loevy.com
Email: mike@loevy.com
Email: jon@loevy.com
Email: poole@loevy.com
Email: julia@loevy.com
Email: sticht@loevy.com

Elizabeth C. Wang
Loevy & Loevy
2060 Broadway
Suite 460
Boulder, CO 80302
Email: elizabethw@loevy.com

Wallace Allen McDonald, Esq.
Lacy, Price & Wagner, P.C.
249 North Peters Rd.
Suite 101
Knoxville, TN 37923
Email: amcdonald@lpwpc.com

William Andrew Brewer, IV
Brewer, Attorneys & Counselors
750 Lexington Ave, 14th Floor
New York, NY 10022
Email: WBB@brewerattorneys.com


Dated: July 7, 2023                               Respectfully submitted,

                                                  */s/ Malvina Palloj*
                                                  Malvina Palloj