IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Defendant. | Case No. 3:19-cv-00679<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Jefferey S. Frensley |

## DECLARATION OF MALVINA PALLOJ

I, Malvina Palloj affirm the following:

1. I am an Associate at the firm of Brewer Attorney & Counselors, counsel for Defendant, the National Rifle Association of America ("Defendant" or "NRA"), in the above-captioned action. I submit this Affirmation in support of Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to File Third Amended Complaint (the "Motion"). I am familiar with the facts and circumstances of this action, the source of my knowledge being my personal knowledge and the files maintained by the law firm.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant NRA's Responses and Objections to Plaintiffs' Second Set of Interrogatories, dated May 18, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email chain between Plaintiffs' counsel to Defendant's counsel.

4. Attached hereto as Exhibit 3 are documents produced by Plaintiffs bearing the Bates numbers DELL'AQUILA00000580, DELL'AQUILA00001781.

1

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 25, 2023

                                                              */s/ Malvina Palloj*
                                                              Malvina Palloj

# CERTIFICATE OF SERVICE

I, William A. Brewer, hereby certify that I caused a true and exact copy of the foregoing to be electronically filed with the Clerk of the Court on July 25, 2023, using the CM/ECF system, which will send notification to all counsel of record as listed below.

John R. Wingo, Esq.
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Email: john.wingo@stites.com

Thomas M. Hanson
Michael Kanovitz
Jonathan I. Loevy
Jordan Cosby Poole
Julia Rickert
Heather Elizabeth Sticht
Loevy & Loevy
311 N Aberdeen Street
Third Floor
Chicago, IL 60607
Email: hanson@loevy.com
Email: mike@loevy.com
Email: jon@loevy.com
Email: poole@loevy.com
Email: julia@loevy.com
Email: sticht@loevy.com

Elizabeth C. Wang
Loevy & Loevy
2060 Broadway
Suite 460
Boulder, CO 80302
Email: elizabethw@loevy.com

Wallace Allen McDonald, Esq.
Lacy, Price & Wagner, P.C.
249 North Peters Rd.
Suite 101
Knoxville, TN 37923
Email: amcdonald@lpwpc.com

Malvina Palloj
Brewer, Attorneys & Counselors
750 Lexington Ave.
14th Floor
New York, NY 10022
Email: mpalloj@brewerattorneys.com

Dated: July 25, 2023                                          Respectfully submitted,

                                                              */s/ William A. Brewer*
                                                              William A. Brewer