# EXHIBIT 2

| From: | Julia Rickert |
|-------|---------------|
| To: | Will Brewer; Malvina Palloj |
| Cc: | amcdonald@lpwpc.com; Copy Center; mfranz@lpwpc.com; Dana Merritt |
| Subject: | Re: DELL"AQUILA v. NRA 3:19-cv-00679 - Plaintiff"s Production DELL"AQUILA 3110-4959 |
| Date: | Wednesday, July 5, 2023 1:58:15 PM |

Counsel:

This production from last Thursday concludes Plaintiffs' rolling production of documents.

Julia

On Thu, Jun 29, 2023 at 6:48 PM Scott Loy <loy@loevy.com> wrote:

Counsel,

Please use the link below to access Plaintiff's Production DELL'AQUILA 3110-4959.

**DELL'AQUILA 3110-4959 - Plaintiff's Production**
https://spaces.hightail.com/space/vCk1aR7rt8

Respectfully,

**Scott Loy**

**Paralegal/Investigator**

Loevy & Loevy

2060 Broadway Suite 460

Boulder, CO 80302

(720) 682-3114

Loy@Loevy.com

(He/Him)

--
Julia Rickert
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

**CAUTION: This email is from outside the organization. DO NOT CLICK a link or open an attachment unless you know the content is safe and are expecting it from the sender. If in doubt, contact the sender separately to verify the content.**
====================