IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) No. 3:19-cv-00679<br>)<br>) Judge Campbell<br>)<br>) Magistrate Judge Frensley |
| Plaintiffs, | ) |
| v. | )<br>) |
| NATIONAL RIFLE ASSOCIATION OF AMERICA | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of William J. Harbison II ("Jay") and the law firm of Neal & Harwell, PLC as counsel on behalf of Defendant National Rifle Association of America. Counsel requests that all papers in this action be forwarded to the undersigned counsel below.

Dated: February 11, 2025.

                                                     Respectfully submitted,

                                                     **NEAL & HARWELL, PLC**

                                                     s/ William J. Harbison II
                                                     Aubrey B. Harwell, Jr., #2559
                                                     Thomas H. Dundon, #004539
                                                     William J. Harbison II, #33330
                                                     1201 Demonbreun Street, Suite 1000
                                                     Nashville, TN 37203
                                                     (615) 244-1713 – Telephone
                                                     (615) 726-0573 – Facsimile
                                                     aharwell@nealharwell.com

tdundon@nealharwell.com
jharbison@nealharwell.com

*Attorneys for Defendant National Rifle Association of America*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon the following counsel of record via the Court's electronic filing system this 11th day of February, 2025.

John R. Wingo, Esq.
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
John.wingo@stites.com

LOEVY & LOEVY

Thomas M. Hanson
Michael Kanovitz
Jonathan I. Loevy
Jordan Cosby Poole
Julia Rickert
Heather Elizabeth Sticht
311 N Aberdeen Street, Third Floor
Chicago, IL 60607
hanson@loevy.com
mike@loevy.com
jon@loevy.com
poole@loevy.com
julia@loevy.com
sticht@loevy.com

Elizabeth C. Wang
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302
elizabethw@loevy.com

s/ William J. Harbison II