IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br> Defendant. | NO. 3:19-cv-00679 <br><br> JUDGE CAMPBELL <br><br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is Defendant The National Rifle Association of America's ("NRA") motion to dismiss the Third Amended Complaint. (Doc. No. 168), which is fully briefed (*see* Doc. Nos. 167, 171, 172). For the reasons stated in the accompanying Memorandum, the motion to dismiss is **DENIED**.

Because oral argument was not necessary to resolve the motion, the motion for oral argument (Doc. No. 180) is also **DENIED**. Defendant's motion to stay discovery pending resolution of the motion to dismiss (Doc. No. 174) is **MOOT**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE