MOTION GRANTED. A Case Management Conference is hereby set for June 9, 2025 at 8:30 a.m. via telephone. All parties shall call 1-855-244-8681, and when prompted for the access code, enter 23139129180# to participate. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344. A proposed case management order shall be filed three (3) days before the conference. Additionally, the proposed order shall also be emailed to chambers at frensleychambers@tnmd.uscourts.gov in Word format.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA<br><br>Defendant. | No. 3:19-cv-00679<br><br>Judge Campbell<br><br>Magistrate Judge Frensley |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER THE THIRD AMENDED COMPLAINT

Defendant National Rifle Association of America files this Unopposed Motion to Extend Deadline to Answer The Third Amended Complaint until May 9, 2025. Undersigned counsel have conferred with Plaintiffs' counsel who have agreed that such an extension is appropriate.

Respectfully submitted,

**NEAL & HARWELL, PLC**

s/ Thomas H. Dundon
Aubrey B. Harwell, Jr., #2559
Thomas H. Dundon, #004539
William J. Harbison II, #33330
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
aharwell@nealharwell.com

tdundon@nealharwell.com
jharbison@nealharwell.com

*Attorneys for Defendant National Rifle Association of America*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon the following counsel of record via the Court's electronic filing system this 4th day of April, 2025.

LOEVY & LOEVY

Michael Kanovitz
Jonathan I. Loevy
Thomas M. Hanson
Jordan Cosby Poole
Julia Rickert
Heather Elizabeth Sticht
311 N Aberdeen Street, Third Floor
Chicago, IL 60607
mike@loevy.com
jon@loevy.com
hanson@loevy.com
poole@loevy.com
julia@loevy.com
sticht@loevy.com

Elizabeth C. Wang
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302
elizabethw@loevy.com

s/ Thomas H. Dundon