IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:19-cv-00679 |
| v. | ) ) ) | JUDGE CAMPBELL |
| THE NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) | |

## ORDER

On or before **May 20, 2025**, the parties shall jointly file an update on the status of their good faith efforts to resolve this matter by agreement.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE