UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA,<br>LORANNDA BORJA,<br>TODD CHESNEY, and<br>BRENT WEBER, on behalf of themselves<br>and all others similarly situated.<br><br>  Plaintiffs,<br><br>v.<br><br>THE NATIONAL RIFLE ASSOCIATION<br>OF AMERICA,<br><br>  Defendant. | No. 3:19-cv-00679<br><br>Judge Campbell<br>Magistrate Judge Frensley |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER THE THIRD AMENDED COMPLAINT

Defendant National Rifle Association of America respectfully files this Unopposed Motion to Extend Deadline to Answer The Third Amended Complaint until May 16, 2025. Undersigned counsel have conferred with Plaintiffs' counsel, who are not opposed to the requested extension.

<u>Dated:</u>	May 7, 2025	Respectfully submitted,

**NEAL & HARWELL, PLC**

<u>/s/  William J. Harbison II</u>
Aubrey B. Harwell, Jr. (BPR # 2559)
Thomas H. Dundon (BPR # 4539)
William J. Harbison II (BPR # 33330)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
tdundon@nealharwell.com
jharbison@nealharwell.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, a true and correct copy of the foregoing has been served on the following via the Court's electronic filing system:

LOVEY & LOVEY
Michael I. Kanovitz (admitted *pro hac vice*)
Jonathan I. Loevy (admitted *pro hac vice*)
Julia T. Rickert (admitted *pro hac vice*)
Thomas Hanson (admitted *pro hac vice*)
Jordan Poole (admitted *pro hac vice*)
Heather Sticht (BPR # 30827)
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
mike@loevy.com
jon@loevy.com
julia@loevy.com
hanson@loevy.com
poole@loevy.com
sticht@loevy.com

Elizabeth Wang (admitted *pro hac vice*)
2060 Broadway, Ste. 460
Boulder, CO 80302
(720) 328-5642
elizabethw@loevy.com

*Counsel for Plaintiffs*

                                              /s/ *William J. Harbison II*
                                              William J. Harbison II