MOTION GRANTED. The Case Management Conference is hereby reset to July 8, 2025 at 8:30 a.m. via telephone. All parties shall call 1-855-244-8681, and when prompted for the access code, enter 23139129180# to participate. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA,<br>LORANNDA BORJA,<br>TODD CHESNEY, and<br>BRENT WEBER, on behalf of themselves<br>and all others similarly situated.<br><br>    Plaintiffs,<br><br>v.<br><br>THE NATIONAL RIFLE ASSOCIATION<br>OF AMERICA,<br><br>    Defendant. | No. 3:19-cv-00679<br><br>Judge Campbell<br>Magistrate Judge Frensley |

## JOINT MOTION TO POSTPONE TELEPHONIC
## CASE MANAGEMENT CONFERENCE

The parties jointly move to postpone the telephonic case management conference scheduled for 8:30 a.m. on Monday, June 9, 2025 until a time convenient to the Court, but no sooner than Monday, June 23. As grounds for this motion, the parties state that attorneys for both Plaintiffs and Defendant primarily involved in recent discovery and other relevant discussions in this matter are not currently available and at least one of them will be in the midst of a trial which is expected be completed before June 23.

Dated: June 4, 2025                    Respectfully submitted,

**NEAL & HARWELL, PLC**

/s/ *Thomas H. Dundon*
Thomas H. Dundon (BPR # 4539)
William J. Harbison II (BPR # 33330)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
tdundon@nealharwell.com
jharbison@nealharwell.com

**ADAMS & REESE**

Aubrey B. Harwell, Jr. (BPR # 2559)
1600 West End Ave. #1400
Nashville, TN 37203
(615) 259-1450
aharwell@arlaw.com

*Counsel for Defendant*

**LOEVY & LOEVY**

/s/ *Thomas Hanson*
Thomas Hanson (admitted *pro hac vice*)
Michael I. Kanovitz (admitted *pro hac vice*)
Jonathan I. Loevy (admitted *pro hac vice*)
Julia T. Rickert (admitted *pro hac vice*)
Jordan Poole (admitted *pro hac vice*)
Heather Sticht (BPR # 30827)
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
mike@loevy.com
jon@loevy.com
julia@loevy.com
hanson@loevy.com
poole@loevy.com
sticht@loevy.com

Elizabeth Wang (admitted *pro hac vice*)
2060 Broadway, Ste. 460

Boulder, CO 80302
(720) 328-5642
elizabethw@loevy.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, a true and correct copy of the foregoing has been served on the following via the Court's electronic filing system:

LOEVY & LOEVY
Michael I. Kanovitz (admitted *pro hac vice*)
Jonathan I. Loevy (admitted *pro hac vice*)
Julia T. Rickert (admitted *pro hac vice*)
Thomas Hanson (admitted *pro hac vice*)
Jordan Poole (admitted *pro hac vice*)
Heather Sticht (BPR # 30827)
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
mike@loevy.com
jon@loevy.com
julia@loevy.com
hanson@loevy.com
poole@loevy.com
sticht@loevy.com

Elizabeth Wang (admitted *pro hac vice*)
2060 Broadway, Ste. 460
Boulder, CO 80302
(720) 328-5642
elizabethw@loevy.com

*Counsel for Plaintiffs*

                                              /s/ *Thomas H. Dundon*
                                              Thomas H. Dundon