**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **DAVID DELL'AQUILA,** et al | ) |
| **Plaintiffs,** | ) |
| | ) |
| | )    **Civil Action No.: 3:19-cv-679** |
| **vs.** | )    **Judge Campbell/Frensley** |
| **NATIONAL RIFLE ASSOCIATION OF** | ) |
| **AMERICA** | ) |
|       **Defendant.** | ) |

## ORDER

The Court held a case management conference with the Parties on November 10, 2025. The Parties discussed their efforts to resolve the matter by way of settlement as well as various ongoing discovery matters and disputes. The Court provided guidance with respect to these issues and expects the Parties to meet and confer regarding the matters discussed at the conference.

By **December 13, 2025**, the Parties shall file a joint status report addressing the status of mediation, ESI discovery and the additional discovery disputes discussed at the conference. In the event the Parties have unresolved disputes they wish to bring to the Court's attention after the filing of the status report they may do so without the requirement of an additional conference with the Court. The Parties were advised that the Court will consider all available remedies including discovery sanctions and fee shifting regarding any matters brought before the Court.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**