IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA<br><br>Defendant. | Case No. 3:19-cv-00679<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Jeffery S. Frensley |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 14, 2025 (Dkt. 204), the Plaintiffs David Dell'Aquila, Lorannda Borja, Todd Chesney, and Brent Weber, individually and on behalf of the putative class ("Plaintiffs"), and Defendant National Rifle Association ("NRA") (collectively, the "Parties"), by and through their respective counsel, hereby submit the following status report regarding the status of mediation, ESI discovery, and additional discovery disputes.

*ESI*

Following the November 10, 2025 status conference, Defendant produced a "hit report" based on Plaintiffs' proposed search terms and custodians on November 21, 2025. Counsel thereafter met and conferred by videoconference on November 24, 2025, December 4, 2025 and December 11, 2025 to discuss potential revisions to Plaintiffs' proposal. While the Parties have not yet reached final agreement on the search terms or custodians, progress has been made and the Parties are optimistic that they can come to agreement with little (if any) intervention by the Court.

The Parties are continuing to discuss, and propose that they update the Court with a Joint Status Report on or before December 31, 2025.

*Mediation*

While counsel have continued to discuss the exchange of information necessary for Plaintiffs' counsel to adequately assess a potential class-wide resolution, the Parties do not believe a formal mediation will aid in resolution of the matter at this time.

*Additional Discovery Disputes*

On December 10, 2025, Defendant produced documents responsive to some of Plaintiffs' requests for production, which Plaintiffs are currently evaluating. The Parties continue to discuss additional discovery disputes and will update the Court as to whether motion practice will be necessary in the proposed December 31, 2025 Joint Status Report.

*Other Matters*

Defendant has proposed amending the current Protective Order (Dkt. 125) to address concerns regarding inadvertent disclosure of privileged material. Plaintiffs will review Defendant's proposed changes and, if amenable, the Parties will file a Joint Motion to Amend the Protective Order.

As discussed at the November 10, 2025 status conference, the Parties expect that they will request an extension of the current fact discovery deadline. The Parties will file a Joint Motion to Extend after they have finalized their ESI discussions and have a better understanding of the size and timing of the ESI production as well as potential witnesses to be deposed, which they expect to be in position to do in advance of the proposed December 31, 2025 Joint Status Report.

Respectfully submitted,

s/ Thomas M. Hanson
*One of Plaintiffs' Attorneys*
Michael I. Kanovitz (*pro hac vice*)
Jonathan I. Loevy (*pro hac vice*)
Thomas M. Hanson (*pro hac vice*)
Julia Rickert (*pro hac vice*)
Jordan Poole (*pro hac vice*)
Heather Sticht (BPR 030827)
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: (312) 243-5900
mike@loevy.com
jon@loevy.com
hanson@loevy.com
julia@loevy.com
poole@loevy.com
sticht@loevy.com

Elizabeth Wang (*pro hac vice*)
LOEVY & LOEVY
2060 Broadway, Ste. 280
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com

*Attorneys for Plaintiffs*

s/ Thomas H. Dundon
Thomas H. Dundon, BPR No. 004539
**WOMBLE BOND DICKINSON (US) LLP**
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203
Telephone: (629) 312-1821
Email: tom.dundon@wbd-us.com

Aubrey B. Harwell, Jr.
ADAMS & REESE LLP

1600 West End Ave, Suite 1400
Nashville, TN 37203
Telephone: (615) 259-1450
 Email: *aubrey.harwell@arlaw.com*

 William J. Harbison II
 Sherrard Roe Voight & Harbison
 1600 West End Avenue, Suite 1750
 Nashville TN 37203
 Telephone: 615/742-4577
Email: jharbison@srvhlaw.com

Carl W. Hittinger (pro hac vice)
Baker & Hostetler, LLP
1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501
Telephone (215) 564 –2898
chittinger@bakerlaw.com

 *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I, Thomas M. Hanson, hereby certify that on December 12, 2025, a true and correct copy of the foregoing has been served on the following via the Court's electronic filing system:

| | |
|---|---|
| LOEVY & LOEVY<br>Michael I. Kanovitz (*pro hac vice*)<br>Jonathan I. Loevy (*pro hac vice*)<br>Thomas M. Hanson (*pro hac vice*)<br>Julia Rickert (*pro hac vice*)<br>Jordan Poole (*pro hac vice*)<br>Heather Sticht (BPR 030827)<br>311 N. Aberdeen St., 3rd Fl.<br>Chicago, IL 60607<br>O: (312) 243-5900<br>mike@loevy.com<br>jon@loevy.com<br>hanson@loevy.com<br>julia@loevy.com<br>poole@loevy.com<br>sticht@loevy.com<br><br>Elizabeth Wang (*pro hac vice*)<br>2060 Broadway, Ste. 280<br>Boulder, CO 80302<br>O: (720) 328-5642<br>elizabethw@loevy.com<br><br>*Counsel for Plaintiffs* | Thomas H. Dundon, BPR No. 004539<br>**WOMBLE BOND DICKINSON (US) LLP**<br>1222 Demonbreun Street, Suite 1201<br>Nashville, TN 37203<br>Telephone: (629) 312-1821<br>Email: tom.dundon@wbd-us.com<br><br>Aubrey B. Harwell, Jr.<br>ADAMS & REESE LLP<br><br>1600 West End Ave, Suite 1400<br>Nashville, TN 37203<br>Telephone: (615) 259-1450<br>Email: *aubrey.harwell@arlaw.com*<br><br>William J. Harbison II<br>Sherrard Roe Voight & Harbison<br>1600 West End Avenue, Suite 1750<br>Nashville TN 37203<br>Telephone: 615/742-4577<br>Email: jharbison@srvhlaw.com<br><br>Carl W. Hittinger (pro hac vice)<br>Baker & Hostetler, LLP<br>1735 Market Street<br>Suite 3300<br>Philadelphia, PA 19103-7501<br>Telephone (215) 564 –2898<br>chittinger@bakerlaw.com<br><br>*Counsel for Defendant* |

            */s/ Thomas M. Hanson*
            Thomas M. Hanson

4

Case 3:19-cv-00679   Document 205   Filed 12/12/25   Page 4 of 4 PageID #: 2673