IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA<br><br>Defendant. | Case No. 3:19-cv-00679<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Jeffery S. Frensley |

### Notice of Response to Plaintiffs' Motion For Class Certification

Defendant National Rifle Association of America gives notice that it will timely respond to Plaintiffs' Motion For Class Certification (Doc. 215). While Plaintiffs filed their "Opposed Motion Instanter To Amend Case Management Order" (Doc.214) that motion has been rendered moot by Plaintiffs' subsequent timely filing of their Motion For Class Certification and therefore requires no response.

Respectfully submitted,

s/ Thomas H. Dundon
Thomas H. Dundon, BPR No. 004539
WOMBLE BOND DICKINSON (US) LLP
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203
Telephone: (629) 312-1821
Email: tom.dundon@wbd-us.com

Aubrey B. Harwell, Jr.
ADAMS & REESE LLP
1600 West End Ave, Suite 1400

1

Nashville, TN 37203
Telephone: (615) 259-1450
Email: aubrey.harwell@arlaw.com

William J. Harbison II
Eric Osborne
Micah Bradley
SHERRARD ROE VOIGT &
HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville TN 37203
Telephone: 615/742-4577
Email: jharbison@srvhlaw.com
eosborne@srvhlaw.com
mbradley@srvhlaw.com

Carl W. Hittinger (*pro hac vice*)
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 564-2898
Email: chittinger@bakerlaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026 a true and correct copy of the foregoing has been served on all counsel of record via the Court's electronic filing system.

*/s/ Thomas H. Dundon*
Thomas H. Dundon