**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| DAVID DELL'AQUILA, LORANNDA BORJA, TODD CHESNEY, and BRENT WEBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:19-cv-00679<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Jeffery S. Frensley |

**DEFENDANT NATIONAL RIFLE ASSOCIATION'S MOTION FOR DISCOVERY CONFERENCE**

Defendant National Rifle Association of America ("NRA") respectfully renews its request for a discovery conference regarding the sufficiency of Plaintiffs' responses to the NRA's Interrogatories to Plaintiffs, served January 16, 2026. On August 31, 2026, the Court entered an Order extending the deadlines in the Case Management Order (Dkt. No. 198) by one year, except the deadline to file motions to amend pleadings or add parties, and denied the parties' prior conference motions (Dkt. Nos. 221, 222) without prejudice to refiling if a conference remained necessary (Dkt. No. 225). Because the parties' good-faith efforts have not resolved the remaining discovery disputes, the NRA respectfully requests a discovery conference under the revised schedule.

In compliance with Local Rule 37.01 and Magistrate Judge Frensley's Case Procedures section III.D.3, the parties held an in-person conference about the disputed issues on July 15, 2026, in Nashville, Tennessee at the offices of Adams & Reese, LLP in which the following attorneys participated in person:

- For Plaintiffs: Julia Rickert.

- For the NRA: Aubrey Harwell, David Engstrom, Thomas Dundon, and Eric Osborne.[1]

The parties also conferred by videoconference on September 17, 2026, June 22, 2026, and April 1, 2026, with Thomas Hanson and Julia Rickert appearing on behalf of Plaintiffs and Carl Hittinger, Tyson Herrold, and Devin Redding appearing on behalf of the NRA. The parties have further exchanged extensive written correspondence concerning the deficiencies identified by the NRA and Plaintiffs' supplementation of their interrogatory responses. Despite good-faith efforts to resolve these disputes, the parties have been unable to do so. The parties' respective positions are set forth in the Joint Discovery Dispute Statement attached herein as Attachment 1.

Accordingly, the NRA respectfully requests that the Court hold a discovery conference to address the disputes set forth in the accompanying Joint Discovery Dispute Statement at such date and time as the Court deems appropriate.

Dated: October 8, 2026

Respectfully submitted,

*/s/ Aubrey B. Harwell, Jr.*
Aubrey B. Harwell, Jr.
ADAMS & REESE LLP
1600 West End Ave, Suite 1400
Nashville, TN 37203
Telephone: (615) 259-1450
Email: aubrey.harwell@arlaw.com

*/s/ Carl W. Hittinger*
Carl W. Hittinger (*pro hac vice*)
Tyson Y. Herrold (*pro hac vice*)
Devin L. Redding (*pro hac vice*)
BAKER & HOSTETLER LLP
1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 564-2898

[1] The following attorneys appeared via Zoom: Thomas Hanson for Plaintiffs; Carl Hittinger, Tyson Herrold, and Devin Redding for the NRA.

chittinger@bakerlaw.com
therrold@bakerlaw.com
dredding@bakerlaw.com

Eric G. Osborne (No. 029719)
William J. Harbison II (No. 033330)
Micah Bradley (No. 038402)
SHERRARD ROE VOIGT &
HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Facsimile: (615) 742-4539
eosborne@srvhlaw.com

Thomas H. Dundon, BPR No. 004539
WOMBLE BOND DICKINSON (US)
LLP
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203
Telephone: (629) 312-1821
Email: tom.dundon@wbd-us.com

*Attorneys for Defendant NRA*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, a true and correct copy of the foregoing has been served on all counsel of record via the Court's electronic filing system:

*/s/ Carl W. Hittinger*
Carl W. Hittinger